U.S. DISTRICT COURT OF RHODE ISLAND

RODNEY A BUSTILLO Sr
petitioner Pro-Se
v.
(INS) (DHS)
Robarto Gonzales
Attorey Genarel

06 63 S

CIV. NO.______________________,

Motion to reveiw

PETITION FOR MOTION TO REVEIW CITIZENSHIP 8 U.S.C. & 1432(a) or 8 U.S.C & 1401(f) and 1431(a)

Petitioner, (Rodney A Bustillo Sr), Hereby Petitions this Court for a write of Reveiw from this Court to remedy the fact that Petitioner Bustillo Sr is a U.S. Citizen of the United States, and also ask for release from Detention until matters ar resolved.

PARTIES

1. Rodney A Bustillo Sr was a lawful Permanent Resident, of the United States, and a Native and Citizen of Hundures. Mr. Bustillo Sr was ordered deported by the (BIA) after (IJ) had granted Bustillo a 212(c) waiver after a full hearing on May 27,2004 from proceedings that begain May 12, 1995.

2. Respondent Robarto Gonzales Attorney General of the United States and is responsible for the administration (ICE) (DHS) and the implementation and enforcement of the Immigration laws. At this time I am in there Custody.

3. (DHS) is the agency charged wioth Implementing and enforcing the Immigration laws.

JURISDICION

4. This Court has Jurisdiction for this case because Judicial Review of final removal order Under 8 U.S.C & 1252(a)(2)(c), the Court's held that "when a Habeas Proceedings provides the only means by which a person can obtain Judical Review of a Nationality claim, section 1252(b)(5) does not bar consideresation of a Nationality claim raised in a Habeas Petition, Gorsira V. Loy 357 F. Supp.2d 453,457-58 (D.Conn.2005).

5. In Dragenice, the Fourth Circuit Concluded that neither section 1252(b)(5) nor any other Statue divested district court of Habeas Jurisdiction involving Nationality Claims, 389 F.3d at 98-99. The Court Considered the effect of 8 U.S.C.& 1252(a)(2)(c), which provides that no Court has Jurisdiction to review final orders of removal against aliens who have been Convicted of a qualfying offense.ID, at 97. The Court Concluded that if Dragenice had filed a petition for review from the final removal order, the Court would not have been able to decide his Nationality claim because the removal order was grounded on Dragenice's Commission of a qualifying offense.id. at 100. "Because Section 1252(a)(2)(c) Deinies Judicial review crime, there is no other Judicial forum to review his Nationality claim, and Habeas review must remain available.

6. As in Dragenize, Gorsira's Bustillo final removal order is based in part on his Conviction of a qualifing offense under 8 U.S.C & ( a controlled substance offence). because under 8 U.S.C. & 1252(a)(2)(c) he appears to be ineligible for Judicial review of his final removal order, the Habeas proceeding remains the only forum for the determination of his Citizenship claim. Accordingly, the Court conclude that when a Habeas Proceeding provides the only meansby which a person can obtain Judicial review of the merits of a Nationality claim, section 1252(b)(5) does not bar Consideration of a Nationality Clain (357 F.Supp.2d 458) Raised in a Habeas petition, thus, I believe the Court Possesses Jurisdiction over Gorsira's Nationality Claim in this Habeas Proceeding and I will reach the Merits of the Petition a subject matter Jurisdiction.

7. District Court have subject matter jurisdiction to grant writs of Habeas Corpus to Individuals who are being held in custody in violation of the Constitution or laws of the United States, Including Immigration Laws. 28 U.S.C.&2241.

## VENUE

8. Venue lies in the District of Rhode Island because Rodney A Bustillo Sr is currently Detained at the Wyatt Detention Facilility Central Fall Rhode Island 02863. is also proper because Petitioner is in the Custody of respondent and Bruce Chadbourne is the interim field office Director of this District Rhode Island. 28 U.S.C. & 1391.

## EXHAUSTION OF REMEDIES

9. Petitioner has Exhausted his administrative remedies to the extent required by

Law, and his only remedy is by way of this Judicial action.

10. Petitioner has been ordered deported on (OCT 2004) after (BIA) reverseing (IJ) 212(c) Decisionafter a full hearing in Immigration Court, Bustillo had claim that he was or could be a Citizen through his Mother, GrandMother, Father, or Stepfather which are all U.S.Citizen of th U.S.A before his 18 Birhtday, this was brought to there attention through his ex Lawyer but for some reason It has been Ignored from 1995 so Petitioner comes with respect to this court for Justice PRO-SE.

## Statement of fact

A. Background

11. Petitioner, Rodney A Bustillo Sr, was born in Hundores on 3-21-64 came to this] Country United State at the age of (5) five with his sister and brother and aunt the reason for me coming into this Country was by choice of my GrandMohter and my Mother tryin to give us a better life and that they did a fine job, and they have been in this Country over 45 years each. The day I and my sister and brothe arrived here we were Permanent resident from the first day June 13, 1970.

12. Bustillo has never lived in any other Country from the time entered into the United States, Bustillo's Mother Lucila Bustillo United States Citizen, GrandMother Juana DeGomez United States Citizen, Father Esteban s Bustillo United States Citizen Stepfather Eddy Turner United States Citizen Brotrhers Graige and Jeffrey Bustillo United States Citizen wife Randie Decosta United States Citizen and all five of his children AAron, Nydie, taylar, Rodney Jr Reaeanne Bustillo 7 Years old they are all United States Citizen by birth in this Country and there mother being born here also.

13. Bustillo Completed all his Schooling in this Country from first grade to the twelfht grade 1970-1982, were at that time Bustillo joined the U.S.ARMY Infentry 1982-1985 from then Bustillo applied for his Citizenship 1986 but was mark absent until this day cann't understand why for Bustillo's address has been the same for over 30 years.

14. Bustillo yes did make a mistake back in 1995 Plead out to a delivery charge in Rhode Island and was place in proceedings by (INS) won the case but (DHS) appeal his

his case after (IJ) Granted relief. as Stated before Bustillo did bring to the attention of (IJ), but his Lawyer felt that first we would win the 212(c) then later deal with the Citizenship later.

B. Custody

15. Bustillo did have a Bond hearing and also (IJ) granted (PR)(DHS) put in an appeal base on the fact that the (IJ) could not give Bustillo (PR) also no Rebuttal sent n by Bustillo's Lawyer at that time why still don't know Bustillo was eligible for bond and still is for he has no felonys or sentences over one year after October 9,1998 so had the right for bond.

16. Bustillo never miss a Court date or has never left the Country so is no flight Risk or danger to Community.

C. Citizenship

17. It States that Immigration cannot remove a U.s Citizen, Bustillo States and ask this Court beCause for sure he is a U.S. Citizen base on more than one reason and Laws Bustillo was born in a diffrent Country but not just one but both Mother nad GrandMather are Citizens and his father and Stepfother whom rised him with his mohter from the age of five til the age of 21, then his mother and step dad got divorce.

18.Bustillo's Grandmother and mother were Citizens before Bustillo's 18th birthday and all living in the U.S.A (8U.S.C.&1432(a) or (8.U.S.C. & 1401(f) and even 8 U.S.C. & 1431 (a) also Bustillo's Stepfather also U.S Citizen.

D. Bustillo ask this Court with all respect for Bond while this Petition get's Reviewed.

C. Bustillo has some information on his Grandmother and Mother and ask for this Court to give him a little more time to Retrieve the rest of the information needed to prove his case.

19. Petitioners Motion is base on these facts and findings base on the laws under (8 U.S.C. & 1432(a) Base on the fact's that mother and father are Citizens before his 18 birthday (8 U.S.C. & 1401(f) Base that his Grandmother U.S.Citizen and fore the fact that he also applead for Citizenship back dated 1986 8 U.S.C. & 1101 (f) before ever

getting into any trouble.

20. If the Petitioner claims to be a National of the United States the Court of Appeals finds that a genuine Issue of material fact about the Petitioner Naitionality is presented, the Court shall transfer the proceeding to the District Court of the United States for the Judicial in which the Petitioner resides for a new hearing on the Nationality claim of title 28. 8 U.S.C. & 1252 (b)(5). See Alberto Gonzalez v INS 215 F.3d 906,908 (9 CIR 2000). 21. The facts are all there and Bustillo should be allowed release while case pending due to the Fifth Amendment entitles aliens to Due Process of law in Porceedings. See Reno v Flores, 507 U.S 292,306,123 L ed. 2d1 113s.ct 1439 (1993).

22. Petitioner has in the past and present Demonstrated his allegiance to this Country through his Service in the United States Army Infentry and application for Naturalization See Lee v Ashcroft (216 F.Supp. 2d 59).

23. Citizenship of a Nation is passed on to a child based upon at least one of the parents being Citizen, regardless of the child's Actual Country of birth "Jus Sanguinis.

24 Again Bustillo relies on 8 U.S.C. & 1432(a)(3)(Repealed 2000), which provides that an alien child Automatically Acquires Citizenship upon the Naturalization of his or her Custodial parent tf "there has been a legal Separation of the parents; Section 1432 provided in pertinent part:

25. (a) A child born outside of the United States of alien parents becomes a Citizen of the United States upon Fulfillment of the following Conditions:

(1) The Naturalization of both parents: Which in Bustillo's case both parents are Citizens of United States.

(2) The Naturalization of the parent having legal Custody of the child when there has been a legal separation of the parents Bustillo lived with his mother and Stepfather which he is also a United States Citizen and was Bustillo legal gardiant.

(3) Such Naturalization takes place while such child is under the age of eighteen years (a) Bustillo's Mother became Citizen before Bustillo's 18 birth day (b) his step father claim Bustillo from the age of (5) five and step father Birth in the United States.

(4) Bustillo's GrandMother: Name: JUANA DE GOMEZ

Maide Name: JUANA SMITH BARROWS
Date of Birth: February 13, 1916
Citizenship in the 1970's

I'm not sure about the date we are waiting for that info but I'm sure that the Courts might be able to get that info faster than I can for within these walls, so I ask with respect to the Court for help in that matter, finding the info about Bustillo Grandmather thank you.

Bustillo Mother Info: LUCILA GERMINA BUSTILLO
maidenam: LUCILA GERMINA Johson

Citizenship application 1980 approved 1982

Step Father info: NAME: ELBert Turner
Citizenship by Birth
Born In The united STATes

26. Bustillo ask this Court for the right that are do to him not just as a Citizen but for his long time Permanent Residence in this Country while this claim is being resolved Bustillo ask for Bond or release on (PR) so he may go back to takeing care of his wife and 5 children long over due 1 year and 9 Months this was and is his right that was not given to him by the Court's which Violated the right for Freedum.

## Prayer for relief

Wherefore Petitioner prays that this Court grant the following

1) Assume Jurisdiction over this matter

2) Grant Petitioner Release on Bond or (PR) what ever the Courts deem deem to him.

3) Order Respondents to refrain from transferring Petitioner out of the JUrisdiction during the pendency of these proceedings

4) Grant any and all other relief which this Court deems.

I Affirm, under penalty of perjury, that the foregoing is true and Correct respectfully submitted this date 1-18-06 Sigature

Rodney A Bustillo Sr

Rodney A Bustillo Sr

U.S. Department of Homeland Security
United States Citizenship and Immigration Services

**Notice of Action**
**Page 1**

| | | |
|---|---|---|
| **Applicant/Petitioner A#** | | **Application/Petition** Petition for Alien Relative (Form I-130) |
| Receipt # EAC0305555957 | | **Applicant/Petitioner** BUSTILLO, LUCILA |
| **Notice Date** **December 22, 2005** | **Page** 1 | **Beneficiary** BUSTILLO, RODNEY |

LUCILA BUSTILLO
C/O GEORGE A PLIAKAS ESQ
58 WEYBOSSET STREET SUITE 600
PROVIDENCE RI 02903

12/11/2002 EAC-03-055-55957 EACHLK01

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED IN THE ORIGINAL WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.**

**PURSUANT TO 8 CFR 204.1 (h), YOU HAVE 60 DAYS TO PRESENT ADDITIONAL EVIDENCE, TO WITHDRAW THE PETITION, TO REQUEST A DECISION BASED ON THE EVIDENCE SUBMITTED, OR TO REQUEST ADDITIONAL TIME TO RESPOND. AN ADDITIONAL 60 DAYS MAY BE AUTHORIZED. THE TOTAL TIME SHALL NOT EXCEED 120 DAYS. IF YOUR RESPONSE IS NOT RECEIVED BY THIS OFFICE WITHIN THESE TIME LIMITS, A DECISION WILL BE RENDERED BASED ON THE EVIDENCE PREVIOUSLY SUBMITTED.**

REQUESTS FOR ADDITIONAL TIME TO RESPOND SHOULD BE IN WRITING AND ATTACHED TO A COPY OF THIS NOTICE.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within **60 days** then you may contact the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

Submit the birth certificate of Rodney Bustillo.

The birth certificate must be issued by the appropriate civil authority showing timely registration, date and place of birth, and parents' names.

If you submit a document in any language other than English, it must be completely translated. The translator must certify that the translation is accurate and that he or she is competent to translate.

Note: You must submit the requested foreign language document along with the translation.

You may submit either the original documents or legible photocopies of the originals, including copies of the front and back of each document. If you choose to submit original documents, they will not be returned to you.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479

149

E

Form I-797 (8/03/90) Y

I Rodney A Bustillo Sr Certifiy that a true capy of the info within has been submittid to the Office of District Counsel, JFK Federal Building- Suite 425, 15 New Sudbury Street, Buston, MA 02203.

On the Date 1-18- 2006

Rodney Bustillo Sr.

Rodney A Bustillo

I Have no more money In my account to make Copys can you please copy and send to this office of District counsel, JFK Building

Thank you

Rodney A Bustillo