UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO, SR.

vs. C.A. No. 06-63S

(INS) (DHS)
ROBARTO GONZALES

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2241 for Writ of Habeas Corpus." Said response will be filed on or before **March 2, 2006.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 2/8/06