UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO, SR.           :
                                  :
        v.                        :     C.A. No. 06-63S
                                  :
BRUCE E. CHADBOURNE, et al.       :

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, Rodney A. Bustillo, Sr. ("Bustillo") filed an Application to Proceed Without Prepayment of Fees and Affidavit on February 10, 2006 (the "Application"). (Document No. 4). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

In the Application, Bustillo indicated that he is incarcerated at the Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island. Bustillo failed, however, to attach a certified statement of his institutional accounts.

This Court cannot determine whether Bustillo qualifies to have his Application granted in this case until the proper documentation is received. As stated in the Application, Bustillo must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts."

Bustillo must file the proper documentation concerning his inmate account by **March 15, 2006** or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:                                                          BY ORDER:

_____                    _____
LINCOLN D. ALMOND                                   Deputy Clerk
United States Magistrate Judge
February 14, 2006