**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RODNEY A. BUSTILLO, SR., | ) | |
| [A190325551]) | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | C.A. No. 06-63S |
| | ) | |
| (INS) (DHS) | ) | |
| ROBARTO GONZALES | ) | |
| Respondents | ) | |

**RESPONDENTS' NOTICE OF INTENT TO REMOVE**

Petitioner, Rodney A. Bustillo, Sr. ("Petitioner" or "Bustillo"), has petitioned this Honorable Court for a writ of habeas corpus. No stay has been sought, nor has one been issued by this Court. Respondent would object to any request for stay from this Court. First, petitioner's removal is imminent. Additionally, and on information, petitioner has previously filed suit in the District of Massachusetts and appealed to the United States Court of Appeals for the First Circuit.[1] On February 7, 2006, the Office of Immigration Litigation, Department of Justice, filed a Notice of Intent to Remove in the First Circuit and the First Circuit denied a stay on February 8, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

[1] Petitioner may have been detained in Massachusetts when he filed this Petition, in which case jurisdiction would not lie in this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Respondent's Notice of Intent to Remove, was sent to Rodney Bustillo by facsimile, on this the 14th day of February, 2006:

Office of Detention and Removals
Boston, MA

Nancy A. DeQuinzo