THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Rodney A Bustillo Sr, )
A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 petitioner)
)
v. )
(DHS) (INS) )
Alberto Gonzales )
Respondent )

C.A.NO 06-63S

Petitioners Objection to Respondents intent to remove

INTRODUCTION

Respondent States that Petitioner (Bustillo), has Petitioned this Honorable Court for a Writ of Habeas Corupus and that no stay has been sought, were in fact Petitioner in his fileing of his motion claiming his Citizenship did ask the Court for an order not to be moved while this claim was being review by this Honorable Court Respondent Errors. Respondent (DHS) (INS) has objected to every claim that has been filed by Petitioner in every form every way Imaginable, and really Raises Curiosity and I Question because it's to the point that the (DHS) has no other kind of Objection other then to say I have or the Courts have no Jurisdiction to any of my claims, If not this Court with-out Jurisdiction they claim that the First Circuit has no Jurisdiction Either.

I Petitioner Do Not Question the Honorable Courts but Question my Accusers, I am not a Terrorist of this Country and yet I am being treated as so. Petitioner has filed a Stay in the 17 floor in Boston Mass JFK BLDING base on the facts of petitioner fileing in this Court his claim to being a Citizen of the United States Under theses Claims:

A) Petitioner was member of United States Army and that has been over looked: 1- General - Honorable service in the armed forces of the United States is rewarded by allowing increased benefits and access to to Naturalization.

B)Appliction filed for Naturalization with-in six Moths of Discharge was done by Petitioner back in 1985-86. 1- An applicant with an aggregete of three years Honorable service at any time in the United States Armed Forces is Eligible for Naturalization. 2-Petitioner has been Permanent Resident of this Country over 36 Years and had 15 years in the Country before even filing for Citizenship. 3- Petitioner has procided all Documents need to prove he served Active duty during period of military Hostilities Octeober 25, 1983, and the proof that 4- that (INS) had mark petitioner on his appliction absent and Petitioner claim that no notice was ever sent about appointment for petitioner address has been the same over 30 years.

C) Petitioner has also claim in his Petition that with-out any Doubt Bustillo,s Mother, Grandmother, Stepfather and his Father are all United States Citizen and before Petitioners 18 Birthday so makes him a Citizen of this Country and has sent Proof of this to the Court in his other Motion.

BACK GROUND

Respondent has brought to the Courts Attention about Petitioner fileing suit in the District of Massachusetts and appealed to the Fist Cirucuit, but what the respondent fails to do like any and all of there objection is given the Court all the details of the motion filed by the (Petitioner), that is why I the petitioner have sent copys of what has been filed in the District of Mass.

Petitioner filed a (Habeas) Challenging his Detetion last year which was well over 6 Mnths at the time, the Motion place in the first Circuit was asking the court to ropen Stateing wrong motion, than filed correct motion Pro-Se and was objected by Respondent Stateing that motion is untimely my claim to the Cout has been that Petitioner has

Inaffective Counsel and sent all proof but has been over look by the (DHS) (BIA) and First Circuit Court. Petioner comes to this Honorable Court with 3 Motions: 1) Claiming Citizenship that has and should be do. 2) Claiming Motion for reliese on Bond while Pending this was do and petitioner was and has been eligible for bond form day one but has been violated Due Process. 3) Asking the Court to allow him the right to Effective Counsel that he is being deprived of getting by being detained over 23 Months. Petitioner nor his family has being able to work so he maybe able to take care of his 5 children and pay for Counsel. Petitioner has sent all copys to the Court of what has been filed and with respect ask that the Court please review any and all that has been presented.

As Stated by Petitioner it's true that the Circuit Court denied stay but because they felt that they had no well the (DHS) claim that the Court has no Jurisdiction like Stated to this court well if they don't who does because all the delays by the respondent is what is making my motions become late when filed correct this is not Justice in the way I remember in this Country that is all I ask for a chance in the Name of Justice. 4) Stay of Deportation until all matters are resolved this is a mans life at stake and his familys.

The claim that Bustillo filed this motion while in the district of Mass is wiht-out a doubt false and Error on the part of respondent. Respondents claim is false Petitioner has been at the Wyatt Detention well over 6 Moths this time and over 9 Months the last time (DHS) keeps moving Petitioner every time he puts in a claim this is not Justice it's a game with peoples lives, they do not care about my wife and children nor the fact that I have been in this Country over 36 years of my life and fought for this Country in the Army this has also been over look.

## LEGAL ARGUMENT

If and when the Issue of Citizenship is properly raised and ruling is requested by plaintiff, which I an claiming then it should became an administrative procedure See ACT, & 10, 5 U.S.C.A. & 1009. Until alleged alien's claim of Citizenship is resolved propriety of entire deportation proceeding is in doubt since Jurisdiction in Executive to order deportation exists only if the person arrested is an alian, so that claim of Citizenship is thus denial of being a alian and infact may be a Citizen, 8 U.S.C.A & 1101 et Seg.

Petitioner has filed suit seeking review of the fact that he is a Citizen so is not subject to deportation, Petitioner is entitled to trial denovo on issue of Citizenship, and not confined to raising issue of Citizenship in proceeding under statute giving person within the United States who is denied the right or privilege of a National by any agency, right to institute an action for Judgment declaring him a National, Immigration and Nationality Act, 360, 8 U.S.C.A. && 1101 et Seg. 1503:

2) In Habeas Corpus, as we have noted, the Issue of the Citizenship of a person sought to be deported has always been subject to inquiry, and on such an issue the petitioner in Habeas Corpus is entitled to a Judicial trial Denovo. Ng Fung Ho v. White, Supra; Kessler v. Strecker, Supra 307 U.S. even if it is sought under section 10 of the administrative procedure act. clearly the same consideration should govern, the Supreme Court held that Habeus Corpus is not the sole remedy available.

3) Petitoner ask this Court to take these facts into C onsideration for (DHS) Nor (BIA) would: A- The facts that Petitoner served in the United States Army.

B- The fact that he has been in this Country all of his life 37 years.

c- Has a wife and five children whom are all U.S. Citizen and one Grandchild.

D- The fact that was and has paid tax all his life.

E- The Fact that he owned his owen Business Bustillo Concrete.

F- The fact that all his family are Citizens Mother Sister, Brothers, Grandmother

G= Last but not lease needs help from Counsel a Lawyer.

H- Should be out on Bond not Detention because the (IJ) granted him (PR) do to his Lawyers mistakes Bustillo still sit's in Detention that by Law is not right.

I- The Law states from 1996 and up you may not be eligible for 212(c) 1998 you may not be eligible for Bond Bustillo's case was in 1995 makes him eligible for everything.

J- Bustillo has proof of wrong motion being sent by lawyer in his own writeing after i found out that he was not an (INS) Lawyer this man played with my case and my life, because of my knowing were to file the stay is why I am still hear, this Lawyer filed all wrong motion and was never on time now because of him and his Errors my life is on the line. Letter for Lawyer with-in.

CONCLUSION

Petitioner just ask this Honorable Court to please review any and all Documents that have been provided by Petitioner and hope for Justice that has been do to him and please take note that Petitioner is not Versts with the Law there for that is why I come to this Court for Justice and hoping to be able to fined a Lawyer that can help. Law States in Habeas Corpus, as we have noted, the Issue of the Citizenship of a person sought to be deported has always been subject to Inquiry,and on such an Issue the Petitioner in Habeas Corpus is entitled to a JUdicial Trial De - Novo. NgFug Ho v. White. All Allegation of Bustillo being detain in Massachusetts when this claim was filed is very false so Jurisdiction lies in this Court.

This is why (DHS) (INS) has tryed to move me to the Jurisdciton of Mass so I ask this Honorable Court not to allow the (DHS) (INS) to move Petitioner out of this Jurisdiction or try to deport him until all matter are resolved in this Court.
A) Citizanship Claim, B) Asking for Bond while Claim for Citizanship pending.
C) Asking for Appointment of Counsel a Lawyer. D) asking for Stay from Deportaition Entil all Matters resolved.

A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

I Rodney A Bustillo Sr with Respect ask This Court To please make copys and send To The office of:

Robert Clark Corrente
United States Attorney
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza 8th Floor
Providence, RI 02903

I Rodney A Bustillo Have submitted All Available Documents To The Court of United States District of Rhode Island on or before Feb 20, 2006 by way of mail From The

Wyatt
Detention Center
950 High Street
Central Falls RI 02863

P.S Copys of Letters From Lawyer proving That He Had No Idea on what and were To File any and all motions, Taken people cases and not knowing what To Do you Don't Learn with people Lives In your Hands,