U.S. DEPARTMENT OF HOMELAND SECURITY
Immigration & Customs Enforcement
Detention & Removal Operations
New England Field Office
Boston, MA

# REQUEST & REPLY FORM

DATE: 2/15/06 (MDY) FACILITY: 8-2 INMATE#:

NAME: Bustillo Rodney Alfred (Last, First, MI)

A-FILE# 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 DATE OF BIRTH: 3/23/64 (MDY) NATIONALITY: Spanish

**DETAINEE REQUEST:** I Am Fighting my Case and The District of Rhode Island That is my Jurisdiction by Law. I Am Doing my Case Pro-se and The Legal mail and Access To Information can only be Found There also my wife and children IT would be Hard For Them, so I Ask to please send me back To The WYATT Dentention, I Have a Court Date Feb 20, 2006 and Need To Prepear For IT There is no Access to any Legal Information I Cann'T even call my Family or Court from This place That is agaist my Due Process Rights,

DETAINEE SIGNATURE & DATE

**I.C.E. RESPONSE:**

OFFICER SIGNATURE & DATE

MISCELLANEOUS INFORMATION

IMMIGRATION & CUSTOMS ENFORCEMENT
JOHN F. KENNEDY FEDERAL BUILDING
GOVERNMENT CENTER, 17TH FLOOR
BOSTON, MASSACHUSETTS 02203

OFFICE OF THE IMMIGRATION JUDGE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
JOHN F. KENNEDY FEDERAL BUILDING
GOVERNMENT CTR, 3RD FLOOR / ROOM #320
BOSTON, MASSACHUSETTS 02203

BOARD OF IMMIGRATION APPEALS
POST OFFICE BOX 8530
FALLSCHURCH, VIRGINIA 22041

January 12, 2005

RI Supreme Court Disciplinary Board
24 Weybosset Street
Providence, RI 02903
**ATT: DAVID CURTIN, ESQUIRE**

**RE: RODNEY BUSTILLO**

Dear Mr. Curtin,

I am in receipt of your letter to Rodney Bustillo at the Wyatt Detention Facility. Once again, trying to do too much for client ends up costing me another day of sanity. Even though your office has told him that you do not have jurisdiction over his complaint, I feel compelled to tell you a little bit about this matter.

Mr. Bustillo was in Louisiana being put on a plane to Honduras last January. His mother called me and asked if there was anything I could do. I took a shot and filed for a Stay via fax with the 1st Circuit Court of Appeals. This was first for me but I did what I felt could be done. I had him removed from the plane and returned to Rhode Island. I worked with Kevin McBurney early on with this case and we did great work for this man, including filing a full brief in the First Circuit with the intention of having his case reopened by the BIA in Virginia. We filed Motions to Stay Deportation, Motions to Reopen, Motion for Release on Bond, Letters to ICE asking for his release. I worked with Nicholas Trott Long, Esquire, who redlined and edited its content. I worked with Joe Yocolla, Esquire on his underlying criminal convictions. He claims that I am not an immigration lawyer. This is true in his case. I had never been in a case like this. I had never been to the 1st Circuit. His mother came to my office every day. She was given copies of everything that was ever filed. I never gave up on this case, even after he began to write me vicious letters. I took a block off my phone so he could call me collect. We corresponded often. I spoke to the Clerk of the 1st Circuit Court who told me point blank that I did all that could be done. There came a point where he wanted to do things that I did not agree with. I spent over 250 hours on this case and was paid a net of approximately $7,500.00. ($2,500.00 went to Kevin McBurney for the work he did on this case.) I kept him in the USA for one year to give his other attorney's a chance to have his 1995 drug conviction modified or overturned. That had nothing to do with me. Unfortunately, he did not get the relief he sought and is not going to be deported. He

not true →

lashed out at me again with an animal letter and a defamatory pleading in the 1st Circuit which was summarily dismissed. This is a case where I once again stand ready to defend myself.

I have taken cases for many reasons. Over the past several months I have come to the conclusion that I am no longer going to accept cases where there is any controversy or where I find the potential client to be left or right of center. That makes practice boring but safe. Of course there will be people who will be left without a lawyer and that is sad. It is too bad there isn't a Board where people can send letters telling the world what a great job their attorney did for them.

In any event, Rodney Bustillo is being deported because of his own actions over the past ten years. George Babcock, Kevin McBurney and Anthony Delbonis gave him an extra year in America. He should be grateful, not vindictive.

Finally, if it is possible, I would like to obtain a copy of the complaint he filed against me. May I please hear from you in this regard?

Thank you.

Very truly yours,

George E. Babcock, Esquire

ccRodney Bustillo

George E. Babcock, Esquire

Attorney and Counselor at Law

83 Power Road, Rhode Island 02860

(401) 475-5985 • (888) 845-2510 • Fax (401) 475-5987

December 2, 2005

Rodney Bustillo
INMATE: WYATT DETENTION FACILITY
950 High Street
Central Falls, RI 02863

Mr. Bustillo,

I am in receipt of your Motion dated November 29, 2005. Even though it is full of lies, I have no interest in attacking you. You are like a bear whose leg is caught in a trap. You are willing to chew off your leg to get free. I look at myself as being your leg.

I have no intention of telling the Court that you are lying about the documents you claim to have not received. You have been provided with everything by Mr. McBurney, your mother and by me. As far as me giving you "attitude", I have been a gentleman with you and your mother. My side of the street is clean. Can you say the same thing? Relative to your allegations that I have no knowledge of the law, please note that I have several degrees on my wall. They were earned through hard work and diligence. You are in jail because of a lifetime of crime and wrongdoing. You were a drug dealer and you beat on your wife yet you insult me. Go to your mirror and take a look at what you see.

I am also in the process of getting phone records to reveal just how many times you and I have spoken on the telephone. Your claims of my "incompetence" do not resonate with me. Just remember, you were on a plane and because of me you are still here letting these sickening insults fly. Because of the Attorney Client Privilege I am unable to send this letter to the Court so I will not, but rest assured that I am proud of what I did on your case and could have done no more. I hope the Court grants your motion. I wish ill on no man and will not stand in the way of your efforts to stay in this Country, but you should be ashamed of yourself for your attack on me. Tell me of another lawyer who has done what I have done for virtually no money. You made promises to pay me and the only one that did was your mom. In any event, I am putting a package together or all that you want and will send it to you. I will also be sending you a bill and one to your mother since she hired me.

Good luck.

Very truly yours,

George E. Babcock, Esquire

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

RODNEY ALFREDO BUSTILLO

VS. P.M./05-0649

STATE OF RHODE ISLAND

**ORDER**

This matter came before this Honorable Court on the 20th day of February, 2006, Mr. Justice Procaccini presiding, on Applicant's Motion to Re-Open Application for Post-Conviction Relief, and after hearing thereon, and consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Applicant's Motion to Re-Open Application for Post-Conviction Relief is hereby continued to March 15, 2006.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 FEB 20 A

**ENTERED:**

JUSTICE, SUPERIOR COURT

**PER ORDER:**

Deputy CLERK

DATE: 2-20-06

**Presented by:**
**Donna A. Uhlmann #3711**
**1 Davol Square, Suite 100**
**Providence, RI 02903**
**(401) 421-9700**
**(401) 351-7847 facsimile**

**CERTIFICATION OF SERVICE**

Undersigned hereby certifies that a copy of the within was hand-delivered to Stacy Veroni, Esq., Deputy Attorney General, on the 20th day of February, 2006.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 FEB 20 A 11:36