Home | P.A.C.E.R. | Full Docket | Opinions | Lower Dkt | Help

If you view the full docket, you will be charged for 4 Pages $ 0.32

# US Court of Appeals for the First Circuit
## Case Summary

Court of Appeals Docket #: 06-1195 Filed: 1/25/06
Nsuit: 0 (Criminal or NOT SET)
Bustillo, et al v. Gonzales
Appeal from: U.S. Immigration & Naturalization Serv.

Lower court information:
District: 0090-1 : A19-325-551 lead: A19-325-551
Date Filed: **/**/**

| | |
|---|---|
| 2/7/06 | Notice of intent to deport petitioner on 02/13/06 filed by respondent. (Notice contained in government's response to petitioner's motion for stay.) (laur) |
| 2/7/06 | ATTORNEY Margot L. Nadel for Respondent Alberto Gonzales added to case. [06-1195] (laur) |
| 2/7/06 | APPEARANCE filed by Margot L. Nadel for Respondent Alberto Gonzales. [1088479-1] [06-1195] (laur) |
| 2/7/06 | NOTICE of service acknowledgement filed by Respondent Alberto Gonzales. [06-1195] (laur) |
| 2/8/06 | ORDER entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: The motion for stay of deportation and the motion for appointment of counsel are each denied. Upon review, it appears that this court may lack jurisdiction to consider this petition for review because it was not filed within the thirty-day period mandated by 8 U.S.C. 1252(b)(1). See, e.g., De Araujo v. Ashcroft, 399 F.3d 84, 88 (1st Cir. 2005) (characterizing such time limit as jurisdictional). Petitioner is ordered either to move for voluntary dismissal under Fed. R. App. P. 42(b) or to show cause why this petition should not be dismissed. The failure to take either action by February 22, 2006 may lead to dismissal for failure to prosecute. [06-1195] (laur) |
| 2/13/06 | APPEARANCE filed by Rodney Alfred Bustillo for Petitioner Rodney Alfred Bustillo. [1090479-1] [06-1195] (laur) |
| 2/13/06 | MOTION filed by Petitioner Rodney Alfred Bustillo titled "motion to review release on bond". No Certificate of service. [06-1195] (laur) |
| 2/23/06 | RESPONSE/OPPOSITION filed by Petitioner Rodney Alfred Bustillo to government's motion to dismiss. No Certificate of service. [1094088-1] [06-1195] (laur) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/28/2006 11:23:22 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt summary | Case Number: | 06-1195 |
| Billable Pages: | 1 | Cost: | 0.08 |