# General Docket
## US Court of Appeals for the First Circuit

Court of Appeals Docket #: 05-1277 Filed: 3/2/05
Nsuit: 0 (Criminal or NOT SET)
Bustillo, et al v. Gonzales
Appeal from: U.S. Immigration & Naturalization Serv.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

District: 0101-1 : A19-325-551 lead: A19-325-551
Date Filed: **/**/**
Date order/judgment: 2/22/05
Date NOA filed: **/**/**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
None
Current cases:

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related: | | | | |
| | 05- 1277 | 06- 1195 | 1/25/06 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of February 9, 2006 0:02 am Page 1

---

05-1277 Bustillo, et al v. Gonzales

RODNEY ALFRED BUSTILLO
Petitioner

George E. Babock
FTS 401-475-5987
401-475-5985
[COR LD NTC ret]
83 Power Rd.
Pawtucket, RI 02860

v.

ALBERTO GONZALES
Respondent

Margot L. Nadel
FTS 212-514-4260
202-616-2186
[COR LD NTC gvt]
Office of Immigration
Litigation
U.S. Dept. of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

LaShawn White
FTS 202-616-4948
202-514-1346
[COR LD NTC gvt]
Office of Immigration Appeals
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Terri Jane Scadron
FTS 202-616-9777
202-514-3760
[COR LD NTC gvt]
U.S. Dept. of Justice
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Neil Cashman
FTS 617-565-4921
617-565-3142
[NTC ret]
Immigration and Naturalization
Service
JFK Federal Building
Government Center
Room 425
Boston, MA 02203



---

05-1277 Bustillo, et al v. Gonzales

RODNEY BUSTILLO

Petitioner

v.

ALBERTO GONZALES, Attorney General

Respondent

---

05-1277 Bustillo, et al v. Gonzales

| | |
|---|---|
| 3/2/05 | AGENCY CASE docketed. Opening forms sent. Petition for Review filed by Petitioner Rodney Alfred Bustillo. Certificate of service date 3/2/05 . Fee Due 3/16/05. Appearance form due 3/16/05. Certified List Due 4/11/05. [05-1277] (frnk) |
| 3/2/05 | MOTION (contained within the petition for review) filed by Petitioner Rodney Alfred Bustillo to stay deportation order. Certificate of service dated 2/25/05. [05-1277] (frnk) |
| 3/2/05 | ORDER. Judge Juan R. Torruella. Pending closer review, petitioner's motion for stay of removal is temporarily allowed. The stay will expire ten days from the date of this order unless extended by this court. (cmpa) |
| 3/3/05 | PUBLIC NOTE: Immigration judge order and various papers filed with the immigration court. (cmpa) |
| 3/4/05 | ORDER. Judge Juan R. Torruella. Preliminary review raises the possibility that jurisdiction is lacking in this case. The BIA decision being challenged is arguably the type of discretionary ruling that an appellate court no longer is |

empowered to review. On the other hand, the fact that petitioner's deportation proceedings were apparently initiated prior to the advent of IIRIRA may call for a different result. Another factor with possible jurisdictional implications is whether petitioner remains an aggravated felon in light of the recent sentence reductions to which he adverts. Within ten days of the date of this order, petitioner is directed to file a memorandum that not only addresses the jurisdictional issue but also sets forth his reasons why the BIA decision was allegedly in error and why a continued stay of deportation is warranted. Respondent is directed to file a response within ten days thereafter. In the meantime, the temporary stay of removal issued on March 2, 2005 shall remain in effect pending further order of this court. (cmpa)

3/10/05 APPEARANCE filed by LaShawn White for Respondent Alberto Gonzales. (cmpa)

3/16/05 MOTION filed by Petitioner Rodney Alfred Bustillo. "Motion for Leave to File, Instanter, the Petitioner's Brief and Appendix," which was ordered on March 4, 2005. Certificate of service dated 3/15/05. (cmpa)

3/16/05 APPEARANCE filed by George E. Babock for Petitioner Rodney Alfred Bustillo. (cmpa)

3/16/05 ELECTRONIC DOCUMENT. Petitioner's memo on disk. (cmpa)

3/16/05 PLEADING TENDERED: Supplemental brief/memo and its disk filed by George E. Babock for Rodney Alfred Bustillo. Certificate of date 3/15/05. (cmpa)



---



3/16/05 FILING FEE PAID by Petitioner Rodney Alfred Bustillo. Receipt No. 012907. Amount: $250. (cmpa)

3/25/05 ATTORNEY Margot L. Nadel for Respondent Alberto Gonzales added to case. [05-1277] (cmpa)

3/25/05 APPEARANCE filed by Margot L. Nadel for Respondent Alberto Gonzales. (cmpa)

3/25/05 ATTORNEY Terri Jane Scadron for Respondent Alberto Gonzales added to case. [05-1277] (cmpa)

| | |
|---|---|
| 3/25/05 | APPEARANCE filed by Terri Jane Scadron for Respondent Alberto Gonzales. (cmpa) |
| 3/25/05 | RESPONSE MEMO (ordered March 4, 2005) filed by Respondent Alberto Gonzales. Certificate of service date 3/24/05. (cmpa) |
| 3/29/05 | CERTIFIED LIST filed. [05-1277] (cmpa) |
| 3/29/05 | ORDER. Petitioner's motion to file memo ordered March 4, 2005, instanter, is allowed. (cmpa) |
| 3/29/05 | MEMO (ordered March 4, 2005) filed by Petitioner Rodney Alfred Bustillo. Certificate of service date 3/14/05. (cmpa) |
| 5/11/05 | MOTION filed by Petitioner Rodney Alfred Bustillo for release pending appeal Certificate of service dated 5/12/05 [05-1277] (dani) |
| 5/20/05 | MOTION filed by Petitioner Rodney Alfred Bustillo. "Petitioner's Attachment of Exhibit in Support of Motion to Compel Release of Petitioner Pending Appeal" Certificate of service dated 5/20/05. (cmpa) |
| 6/30/05 | PUBLIC NOTE: Received letter from RI Public Defender's Office enclosing a copy of a pro se notice of appeal petitioner filed in the RI Supreme Court. [05-1277] (susn) |
| 7/25/05 | LETTER CONSTRUED AS MOTION filed by Petitioner Rodney Alfred Bustillo. Note from Rodney Bustillo stating that he is able to pay the fee. Attached is a letter from the U.S. Department of Homeland Security. (cmpa) |
| 7/25/05 | "Motion to Enter Supplementary Brief and Ask for Bond" construed as supplemental memorandum in support of motion to release on bond. No Certificate of service. (cmpa) |
| 7/28/05 | Order entered. The request to waive filing fee is moot as the filing fee was paid. (debb) |
| 8/11/05 | LETTER CONSTRUED AS MOTION filed by Petitioner Rodney Alfred Bustillo to expedite appeal. (cmpa) |





| | |
|---|---|
| 8/15/05 | Letter sent to appellant. Dear Mr. Bustillo: This court is in receipt of your letter dated August 8, 2005. Please be informed that the clerk's office has no information |

| | |
|---|---|
| | regarding a date of decision in your case. (cmpa) |
| 8/17/05 | PUBLIC NOTE: Certificate of serivce for previous document sent to court. It is not clear as to which specific document the certificate of service pertains. (cmpa) |
| 9/12/05 | MOTION to submit supportive documents for decision on 212 (c) waiver and statement of issues and summary of argument filed by Petitioner Rodney Alfred Bustillo. Certificate of service dated 9/8/05. [05-1277] (debb) |
| 9/14/05 | CASE SUBMITTED . Boudin, Stahl, Lynch, Circuit Judges. [05-1277] (turn) |

05-1277 Bustillo, et al v. Gonzales

9/20/05 JUDGMENT entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: In the wake of INS v. St. Cyr, 533 U.S. 289 (2001), petitioner Bustillo's deportation proceedings were reopened to permit him to apply for relief under former 8 U.S.C. § 1182(c) (1995). An immigration judge (IJ) ruled in his favor, but in October 2004 the Board of Immigration Appeals (BIA), after striking a different balance of the relevant factors, reversed and ordered petitioner deported to Honduras. Rather than pursue an immediate appeal, petitioner asked the BIA to reconsider and/or reopen. He now seeks review of the BIA's February 2005 order denying that motion. Having reviewed petitioner's "brief" (which was submitted in response to a show-cause order but contains a discussion of the merits), along with the other filings, we find the case appropriate for summary disposition at this juncture. See 1st Cir. Loc. R. 27(c). The petition will be denied. We lack jurisdiction to review the BIA's October 2004 order because of petitioner's failure to appeal therefrom. See, e.g., Asemota v. Gonzales, ___ F.3d ___, ___, 2005 WL 2037455, at *1 (1st Cir. 2005). Accordingly, the sole issue before us is the denial of the motion to reconsider and/or reopen. Our review of such a ruling is for abuse of discretion. See, e.g., Chan v. Gonzales, 413 F.3d 161, 164 (1st Cir. 2005) (reconsideration); Maindrond v. Ashcroft, 385 F.3d 98, 100 (1st Cir. 2004) (reopening). Moreover, because petitioner acknowledges being deportable as a result of his conviction for an aggravated felony (a drug offense), our jurisdiction is confined to a review of "constitutional claims or questions of law." 8 U.S.C. § 1252(a)(2)(D) (2005), added by REAL ID Act § 106(a)(1)(A)(iii), Pub. L. No. 109-13, Div. B, 119 Stat. 231, 310 (2005). To the extent petitioner's arguments can be so characterized, they plainly lack merit, for reasons that can be briefly explained. Petitioner starts off on the wrong foot by citing the wrong motion: the BIA indicated it was addressing the pro se request to reconsider and/or reopen filed on November 29, 2004, rather than the untimely, counseled request to reopen dated February 4, 2005 (which it did not even mention). Regardless, even if the BIA's decision is construed as implicitly rejecting all additional arguments raised, no abuse of discretion is remotely discernible. With regard to the pro se filing, the request to reconsider was justifiably denied as untimely. See 8 C.F.R. § 1003.2(b)(2) (imposing 30-day deadline). The request to reopen referred to "new information" but never explained what it was. See id. § 1003.2(c)(1) (requiring that motion to reopen "state the new facts that will be proven at a hearing" and "be supported by affidavits or other evidentiary material"). That request also complained vaguely about ineffective assistance of counsel, but primarily with respect to an unrelated matter (petitioner's custody) and in a manner that failed to satisfy the so-called Lozada requirements. See, e.g., Betouche v.

05-1277 Bustillo, et al v. Gonzales

| | |
|---|---|
| | Ashcroft, 357 F.3d 147, 149-51 (1st Cir. 2004) (applying Matter of Lozada, 19 I. & N. Dec. 637, 639 (BIA 1988)). The counseled filing, in turn, focused upon a pair of developments in state court: reductions in the sentences for two of petitioner's domestic-assault convictions. In petitioner's view, those convictions were thereby removed from the category of "aggravated felony." Yet such reductions (only one of which could be considered new evidence) were of scant relevance here. Petitioner's deportation was not based on the assault convictions; it was based solely on his controlled-substance conviction, which remains intact. And the BIA denied § 1182(c) relief even while assuming arguendo that the assault convictions were not aggravated felonies (as the IJ had found). We also note that a state court's decision to reduce a sentence because of collateral, immigration consequences does not diminish the gravity of the underlying crime for purposes of the § 1182(c) calculus. For these reasons, the BIA cannot be said to have abused its discretion in declining either to reconsider its October 2004 decision or to reopen the deportation proceedings. The petition for review is denied. The stay of deportation earlier issued by this court is rescinded. The motion for release on bond is denied as moot. [1038511-1] [05-1277] (jenc) |
| 10/31/05 | MOTION To Reconsider Decision of 9/20/05 And Grant Stay of Deportation And To Rebrief The Issues filed by Petitioner Rodney Alfred Bustillo. Certificate of service dated 10/31/05. [05-1277] (geor) |
| 11/1/05 | SUPPLEMENT to MOTION To Reconsider Decision of 9/20/05 And Grant Stay of Deportation And To Rebrief The Issues filed by pro se Petitioner Rodney Alfred Bustillo. Certificate of Service dated 10/28/05. [1054634-1] [05-1277] (geor) |
| 11/2/05 | SUPPLEMENT filed by Petitioner Rodney Alfred Bustillo to previously filed motion for reconsideration of previous order. [1053707-1] No certificate of service. [1055175-1] [05-1277] (jenc) |
| 11/3/05 | LETTER filed by Lucila G. Bustillo, mother of petitioner, regarding deportation status of the petitioner, Rodney Bustillo. [05-1277] (jenc) |
| 11/8/05 | ORDER entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: Petitioner s motion to reconsider the September 20, 2005 judgment, to |

grant stay of deportation, and to rebrief the issues is denied. [05-1277] (jenc)

11/14/05 LETTER by Rodney Bustillo informing court that a brief will be filed within the next week. [05-1277] (mani)



---



11/29/05 SUPPLEMENTAL BRIEF filed by Petitioner Rodney Alfred Bustillo. Length: 19 pages, Copies: 1, delivered by Certificate of service date 11/23/05. [1066225-1] [05-1277] (jenc)

11/30/05 MOTION filed by Petitioner Rodney Alfred Bustillo to proceed pro se. Certificate of service not dated. [05-1277] (jenc)

11/30/05 PUBLIC NOTE: Served a copy of motion to proceed pro se on counsel for both petitioner and respondent.[05-1277] (jenc)

12/1/05 SUPPLEMENTAL BRIEF for 212(c) relief filed by Petitioner Rodney Alfred Bustillo. Length: 17 pages, Copies: 1, delivered by Certificate of service date 11/23/05. [1064570-1] [05-1277] (laur)

12/2/05 MOTION filed by Petitioner Rodney Alfred Bustillo to reconsider order. Certificate of service dated 11/13/05 by mail. [05-1277] (jenc)

12/5/05 MOTION To New Found Evidence filed by pro se Petitioner Rodney Alfred Bustillo. Certificate of service dated 12/1/05. [05-1277] (geor)

12/6/05 ORDER entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: Petitioner's supplementary brief," construed as a renewed petition for rehearing, is denied. [1066213-1] [05-1277] (jenc)

12/12/05 PRO SE BRIEF titled "brief for review of 212(c) and citizenship base of new evidence" filed by Petitioner Rodney Alfred Bustillo. Length: 5 pages, Copies: 3, delivered by mail. Certificate of service date 12/10/05. [1068917-1] [05-1277] (laur)

12/12/05 PROSE LETTER filed by Petitioner regarding status of case. [05-1277] (myra)

| | |
|---|---|
| 12/19/05 | ORDER entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: The motion to reconsider 212(c) relief and the motion [concerning] new found evidence are denied. Mandate shall issue forthwith. [05-1277] (jenc) |
| 12/19/05 | MANDATE ISSUED. [05-1277] (jenc) |
| 12/19/05 | RECORD consisting of a certified list returned to originating court. (cris) |
| 12/19/05 | SUPPLEMENTAL BRIEF filed by Petitioner Rodney Alfred Bustillo. Length: 8, Copies: 1. Certificate of service date 12/15/05. [1076818-1] [05-1277] (jenc) |



---



| | |
|---|---|
| 12/29/05 | "Motion for Rehearing of 212(c)" filed by Petitioner Rodney Alfred Bustillo, pro se, (also requests stay of deportation and release pending appeal). Certificate of service dated 12/28/05. [05-1277] (susn) |
| 2/8/06 | ORDER entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: The "supplemental brief based on new evidence" and the "motion for rehearing of 212(c)," construed as motions to recall mandate, are denied. [05-1277] (laur) |

Docket as of February 9, 2006 0:02 am Page 10

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/15/2006 11:27:32 | | | |
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | dkt report | **Case Number:** | 05-1277 |
| **Billable Pages:** | 10 | **Cost:** | 0.80 |