CLOSED, HABEAS

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11414-JLT

Bustillo v. Chadbourne et al
Assigned to: Judge Joseph L. Tauro
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 06/28/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Rodney Alfred Bustillo**

represented by **Rodney Alfred Bustillo**
A-19-325-551
Wyatt Detention Center
950 High Street
Central Falls, RI 02863
PRO SE

V.

**Respondent**

**Bruce Chadbourne**
*Interim Field Office Director for Detention and Removal-Boston Field Office*

represented by **Frank Crowley**
Immigration and Customs Enforcement, Dept. of Homeland Secur
PO Box 8728
JFK Station
Boston, MA 02114
617-565-2415
Email: Frank.Crowley@dhs.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**Bureau of Immigration and Customs Enforcement (ICE)**

**Respondent**

**Department of Homeland Security**

**Respondent**

**Kathleen M. Dennehy**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 0.00, receipt number |

| | | |
|---|---|---|
| | | 0.00, filed by Rodeny Alfred Bustillo.(Jenness, Susan) Additional attachment(s) added on 7/6/2005 (Jenness, Susan). (Entered: 07/06/2005) |
| 06/28/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 07/06/2005) |
| 07/18/2005 | 2 | NOTICE of Change of Address by Rodney Alfred Bustillo -new address is Bristol County Sheriff's Office (Jenness, Susan) (Entered: 07/22/2005) |
| 07/18/2005 | 3 | NOTICE of Change of Address by Rodney Alfred Bustillo (Abaid, Kim) (Entered: 07/26/2005) |
| 07/25/2005 | 4 | Judge Joseph L. Tauro : MEMORANDUM AND ORDER entered: Petitioner Bustillo shall, within forty-two (42) days of the date of this Memorandum and Order, either pay the $5.00 filing fee, or file a completed Application to Proceed in forma pauperis, accompanied by a certified prison account statement; and by separate Order, this Court will direct the petition be served and that Respondents file a response to the petition.(Greenberg, Rebecca) (Entered: 07/26/2005) |
| 07/25/2005 | 5 | Judge Joseph L. Tauro : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Greenberg, Rebecca) (Entered: 07/26/2005) |
| 07/29/2005 | | Return receipt received for mail sent to Andrea Cabral, Sheriff Delivered on July 28, 2005. (Abaid, Kim) (Entered: 07/29/2005) |
| 07/29/2005 | | Return receipt received for mail sent to Michael J. Sullivan, US Attorney Delivered on July 28, 2005 .(Abaid, Kim) (Entered: 07/29/2005) |
| 08/02/2005 | | Return receipt received for mail sent to Frank Crowley, Special Assistant US Attorney Delivered on August 1, 2005 (Abaid, Kim) (Entered: 08/03/2005) |
| 08/09/2005 | 6 | MOTION to Dismiss by Bruce Chadbourne.(Crowley, Frank) (Entered: 08/09/2005) |
| 08/09/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss , *and Return* filed by Bruce Chadbourne. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B# 3 Exhibit Attachment C)(Crowley, Frank) (Entered: 08/09/2005) |
| 08/11/2005 | 8 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: Report and Recommendations.(Abaid, Kim) (Entered: 08/11/2005) |
| 08/12/2005 | 9 | Judge Judith G. Dein : SCHEDULING ORDER re briefing entered. (Dambrosio, Jolyne) (Entered: 08/12/2005) |
| 08/19/2005 | 10 | RESPONSE to Motion re 6 MOTION to Dismiss filed by Rodney Alfred Bustillo. (Abaid, Kim) (Entered: 08/22/2005) |

| | | |
|---|---|---|
| 08/25/2005 | | Filing fee: $ 5.00, receipt number 66486 regarding 1 Petition for Writ of Habeas Corpus (Abaid, Kim) (Entered: 08/31/2005) |
| 09/09/2005 | 11 | Supplemental BRIEF in Support of Response to Motion to Dismiss by Rodney Alfred Bustillo. (Abaid, Kim) (Entered: 09/12/2005) |
| 10/06/2005 | 12 | NOTICE of Change of Address by Rodney Alfred Bustillo (Abaid, Kim) (Entered: 10/06/2005) |
| 10/11/2005 | 13 | Supplemental MEMORANDUM in Support re 6 MOTION to Dismiss , *and Report to Court* filed by Bruce Chadbourne. (Attachments: # 1 Exhibit Attachment)(Crowley, Frank) (Entered: 10/11/2005) |
| 11/15/2005 | 14 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 6 MOTION to Dismiss filed by Bruce Chadbourne. Recommendation: that the Motion be allowed. Objections to R&R due by 11/30/2005.(Dambrosio, Jolyne) (Entered: 11/15/2005) |
| 11/30/2005 | 15 | OBJECTION to 14 Report and Recommendations filed by Rodney Alfred Bustillo. (Abaid, Kim) (Entered: 12/01/2005) |
| 12/28/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 6 Motion to Dismiss filed by Bruce Chadbourne,, 14 Report and Recommendations Action on motion: Granted.(Abaid, Kim) (Entered: 01/03/2006) |
| 01/03/2006 | 16 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of Respondents against Petitioner(Abaid, Kim) Additional attachment(s) added on 1/3/2006 (Abaid, Kim). (Entered: 01/03/2006) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/15/2006 11:31:40 | | | |
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-11414-JLT |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |