CLOSED, HABEAS

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10392-JLT

Bustillo v. Ridge
Assigned to: Judge Joseph L. Tauro
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/01/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Rodney Bustillo**

represented by **Rodney Bustillo**
A019-325-551
Wyatt Detention
950 High Street
Central Falls, RI 02863
PRO SE

V.

**Respondent**

**Thomas Ridge**
*Secretary of the U.S. Department of Homeland Security*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5.00 paid, filed by Rodney Bustillo. (Attachments: # 1 Civil Cover Sheet)(Abaid, Kim) (Entered: 03/01/2005) |
| 03/01/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 03/01/2005) |
| 03/01/2005 | | Remark: Clerk Lovett after contacting Neil Cashman, Deputy director in Boston, was informed that the petitioner was no longer in the district of Massachusetts, but indeed on a government transport on his way to Oakdale, Louisiana. The Judgewas advised accordingly. (Lovett, Zita) (Entered: 03/02/2005) |
| 03/01/2005 | | Judge William G. Young : (in his capacity as Emergency Judge) Electronic ORDER entered. Petition for Writ of Habeas Corpus is DENIED as MOOT.(Lovett, Zita) (Entered: 03/02/2005) |
| 03/01/2005 | | Civil Case Terminated. (Abaid, Kim) (Entered: 05/11/2005) |

| | | |
|---|---|---|
| 10/13/2005 | 2 | Letter from Rodney A. Bustillo. (Abaid, Kim) (Entered: 10/17/2005) |

**PACER Service Center**

**Transaction Receipt**

02/15/2006 11:30:34

| | | | |
|---|---|---|---|
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-10392-JLT |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |