Home | PACER | Full Docket | Opinions | Lower Ct | Help

If you view the full docket, you will be charged for 4 Pages $ 0.32

# US Court of Appeals for the First Circuit
## Case Summary

Court of Appeals Docket #: 97-1512 Filed: 5/2/97
Nsuit: 0 (Criminal or NOT SET)
Bustillo, et al v. INS
Appeal from: U.S. Immigration & Naturalization Serv.

Lower court information:
District: 0090-1 : A19-325-551 lead: A19-325-551
Date Filed: **/**/**

| | |
|---|---|
| 5/2/97 | AGENCY CASE docketed. Petition (rev ) filed by Rodney Alfred Bustillo. Certificate of service date 4/29/97. Certified List Due 6/11/97. (tim) |
| 5/2/97 | MOTION filed by Petitioner Rodney Alfred Bustillo to stay deportation order. Certificate of service date 4/29/97. (tim) |
| 5/6/97 | ORDER: by Chief Judge Juan R. Torruella, Judge Norman H. Stahl, Judge Sandra L. Lynch. We have no jurisdiction to review the decision of the Board of Immigration Appeals. Kolster v. INS, 101 F.3d 785 (1st Cir. 1996). The petition for review is, therefore, dismissed. The motion for stay of deportation is denied. (tim) |
| 5/6/97 | JUDGMENT: Procedurally Terminated After Other Judicial Action; Jurisdictional Defects. Chief Judge Juan R. Torruella; Judge Norman H. Stahl; Judge Sandra L. Lynch. (tim) |
| 5/13/97 | NOTICE of service acknowledgement filed. (tim) |
| 6/30/97 | MANDATE ISSUED. (tim) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/15/2006 11:29:20 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt summary | Case Number: | 97-1512 |
| Billable Pages: | 1 | Cost: | 0.08 |