A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

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Rodney A Bustillo, Sr.
Pro-Se

V. C.A. NO. 06-635

John Ashcroft NOW Alberto Gonzales
Bruce E. Chadbourne

REVIEW OF 212 (C) RELIEF & CITIZENSHIP

Petitioner (Bustillo), Comes To This Honorable Court with much Respect," (Questioning) The Real ID Act of 2005 That went Into effect at That Time Also Holding That District Court lack Jurisdiction over Habeas claims For Review of Removal orders which again came Into Effect 2005, Do To The Delays and Lack of Knowledge of The steps To Take During all Appeal's From (DHS) and The FACT Relying on Counsel, no Rebuttal In Bustillo's behalf were ever sent Into any Courts. So Because of The Delays and Because of In-Effective Counsel There Has Been manny Delays and misHaps. So Petitioner Comes Asking For Justice In This Court! A) The FACT That Bustillo's Case STARTED may 1995 and The Real ID ACT came In To Effect on may 11, 2005.

B) The True Fact of In-Effective Counsel Lawyer was A Real-estate Lawyer In Rhode Island George Bablock.

C) The FACT That (IJ) GRANTED 212(c)

Person even During and After The Hearing In Front of A (IJ) knowing That In The State of Rhode Island Bustillo's 1996 & 1999 were misdemeanor yet said to The (BIA) That The 1999 Case was A Felony This was An Error because The State of RI Reduce The Sentence before The 212(c) Hearing and was (moot) by IJ and was not objected by (DHS).

E) The (Question) of Law Bustillo Falls under The old Law before IIRIRA 1996 and The old Law states Five years Imprisonment For Deportable crime Bustillo only spent 3 months Imprisonment.

F) Bustillo (Question) why His case Took well over 10 years For a Decision and when In Bustillo's Favor got Appealed but no Rebuttal.

G) Bustillo (Question) How (DHS) can Appeal and not state All The True Facts To The case If This were Done By The Petitioner any and every Document would be Dismiss This should also Apply To (DHS).

H) If In Fact This Case Is Considered a Civil Case why Is It That Bustillo Has Been Detain over 23 months up To Date.

A. BACKGROUND

Petitioner, Rodney A Bustillo (Bustillo), Is A Native

and was Sentenced To A Term of 6 months Imprisonment and served only 3 months of The Term with 4 years and six months Probation & same suspended Time under Five years.

Because of The Drug Conviction That Bustillo Plead out To not knowing of Immigration consequences The (INS) Issued AN order To Show Cause may 14, 1995 Bustillo was charged deportable under §§ 241 (a)(A)(iii) of The (INA), AS Convicted of A Controlled Substance Violation The (Question) Is and Has been because of not being Sentence To Serve The Term of Five years makes Bustillo not An Aggravated Felon. Bustillo never miss A Court Date For over 10 years and up To This Day Ask why Did It Take This long To Ask For A 212(c) waiver which Has Always been Available To Him but yet His lawyer never looked Into This Deffence For Bustillo.

In may 14, 1995 Bustillo Received and was Release on His own Recognizance From That Time Bustillo Has gotten In minor Trouble not That It was Right but yet and still nothing That was Deportable by Law and never served any Jail Time, In The years going To Court Bustillo Had Told His Lawyer about The FACTS That He maybe

[illegible]

Thing very obvious, The 212 (c) Defence Did not come about Til 2001 yet still Took over 3 years To Finaly see The (IJ) If not For The (IJ) This case would of kept on being Postpone by The lawyer why still not sure but Bustillo always Felt IT was about money because of Bustillo's Concrete Copany.

Section 440(d) was Adopted As part of AEDPA on April 24, 1996, and provided That Individuals convicted of an Aggravated Felony were Ineligible To be Considered For Discretionary Relief under § 212 (c), Irrespective of The Time served In prison. Prior To AEDPA, § 212(c) waivers of Deportation were Available To aggravated Felons who Had Accrued seven consecutive years of Lawful Permanent Residence In The united STATES and served less Than five years In Prison.

So with out any Doubt Bustillo was obviously Eligible For 212(c) back Then over 25 years In The united STATES and only 3 months In Prison. Bustillo was TAKEN Into Detention March 30, 2004 and (IJ) Released Him again on (PR) but was Appealed by (DHS) but no Rebuttal again no matter Rebuttal or not Bustillo should not be under Detention because The only Deportable offence He Has Is Dated 1995 so should not be under The

[illegible]

As stated Bustillo Briefly Brought up The Facts of Citizenship To His Lawyer and also mention In A motion To The (BIA) but was Turn Down The Review of Citizenship This Copys were Sent To The First Cir Court and was never Address because of Bustillo not knowing How To File This claim of Citizenship and now Hopeing Is Correct In Doing so In This Court.

Now That This claim maybe Heard by This Honorable Court Bustillo Ask To Please Terminate All deportation Proceedings based on The Claim of Citizenship and with Respect Ask For A Hearing For This Is The only way To Prove This claim, and show All evidence.

Bustillo Has Ask This Court To also Release on Bond while case Pending For He Is Eligible For From 1995 and Base on all laws under (INA) (DHS) (INS) and The Constitution Rights Fifth Amendment.

Claim To Citizenship: <u>See</u> Nguyen v. INS, 208 F.3d 528, 532 (5th Cir. 2000)
The Right In Question -- American Citizenship -- is one of The most Precious Imaginable." Alexander v. INS, 74 F.3d 367, 370 (1st Cir 1996).
[illegible]

Dung Van Chau v. INS 247 F.3d 1026 May 3, 2001 not just or because of the out come but to the fact that the court took the time to de novo determination of his claim to United States citizenship, pursuant to INA § 242(b)(5)(B), 8 U.S.C. § 1252(b)(5)(B). District Courts Have

Congress has, in other sections of the INA, expressly conferred naturalization rights on a particular category of persons. See INA § 328, 8 U.S.C. § 1440 (Governing terms of naturalization for aliens who served in the Armed Forces of the United States). See generally INA §§ 301-347, 8 U.S.C. §§ 1401-1458 (Provisions Governing Naturalization)

Bustillo ask this court if infact this claim of citizenship is in the wrong court if it may be after carefull review transferred to the proper court that would have had jurisdiction at the time of claim in the name of justice interest. "28 U.S.C. § 1631. See Alvarez - Garcia, 234 F. Supp. 2d at 290

In Bustillo's case please take all these cases into consideration:

1) See Lovell v. INS 2d Cir 1995 F.3d 458, 461 Advise factors nature of underlying, criminal record nature and relency and seriousness, equities.

No Fault of His own. Never The less (IJ) Allowed Bustillo Proceeding and Granted 212(c).

4) Marin, Id at 584 each case must be Judged on IT's own merits and The Alien Seeking The discretionary waiver bears The burden of Proof.

5) Gouveia v. INS 980 F.2d 814, (1st cir 1992) Factors which may support A waiver Include: In determining whether A Resident Alien merits A waiver of DeporTATion under 8 U.S.C. §1182 (c), Immigration officials must balance The Social and Humane Factors Supporting The Application against adverse Factors Favoring deporTATion.

6) Lee v. Ashcroft 268 F. Supp. 2d 150 2003

See Marin v U.S.A 80 F.3d AT 126

Application For Citizenship.

## CONCLUSION

There are many Questions In This case That Have never Been properly Answered and with out any Doubt Mischaracterized (DHS) Has Added To Bustillo's Convictions 1- 1995 Delivery Into manufacturing and Trafficking. 2- 1999 - 1996 misdemeanors Into Aggravated Felon. 3- No matter what kind of Evidence Is Brought To (DHS) or To The courts IT's been Ignored we well Bustillo Has All The Proof To back Himself and To Prove (DHS) wrong but yet

deportation consequences of the plea. Bustillo has objectively demonstrated his allegiance to the united states prior to his arrest and pleading on his criminal case, Bustillo filed his application for citizenship some 20 years ago thereby expressing his willingness to take an oath and more then that willing to give his life for this country through his service to this country in the Infantry 11 Bravo Army.

Prayer

I Rodney A Bustillo just hope for justice that is all I can pray for other then asking to be home with my wife and children and see them grow up to be fine people in this cruel world there is no fear of God any more.

Rodney A Bustillo sr Pro-se
Wyatt Detention
950 High street
Central Falls RI
02863