The UNITED STATES DISTRICT COURT
For The DISTRICT OF Rhode Island

Rodney A Bustillo, sr
A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
V. C.A. No. 06-63S

Immigration and Naturalization
Service, Department of Homeland
security, and Roberto Gonzales

March 2006

Petitioner objection to motion to Dismiss

On march 2, 2006 Petitioner (Rodney A Bustillo) Received A memorandum supporting Respondents motion to Dismiss the writ of Habeus Corpus" First stateing that "Bond Review can not be Done by This court, This might be True on The Part of The Respondent but," I Petitioner Did not Ask For Review of Bond, but only Ask The court To Release Petitioner on Bond while The (Issue of citizenship) Was Resolved In This Honorable court and all The Documents That Followed was Just To prove That In-Fact I was Eligible For Bond and not Danger or A Flight Risk. I Petitioner Bustillo sent This court yes copys of motions

That were sent to the First circuit Court In other motion just to make This Honorable court aware That In no Time DID Petitioner ever File A motion In any other court Trying To prove or Ask For Review of His citizenship

1. Petitioner DiDn't know How To File This claim In The Right court.

2. Petitioner Had A Lawyer whom should Have Filed This claim Long ago, why This claim was not Filed I still question.

3. Petitioner with Respect Ask The court Is IT not my Right To claim My citizenship After serving The U.S. Army and Filing Application Dated 1985 or 86.

4. Petitioner Also Has The Right because of The Fact His mother & Grandmother each citizen of The united states before Petitioner 18th Brithday.

The RespondenT again states That This Court Has no Jurisdiction To Review The 212(c) Relief again This maybe True, Bustillo's Claim Is not The 212(c) But The question of law about The 5 year BAR, about weighing of Adverse Facters and The way (DHS) go's about

making Petitions late or untimely not The Courts but (DHS) and with the Fact That Being Detain makes every Thing Hard with out proper Attorney and Due Process Question because Petitioner Is not verse.

The (DHS) Respondent States That because of Petitioner's Doing He still sit's In Jail, I Ask The court Is It not The Right To Fight For Justice I Bustillo Am not Doing any Thing Against The Law I Am Just Looking For Justice In A Country I Fought For In my younger years and For my Family.

Free They say How would I be Free In A Country I know nothing of A Country That I Have never None Sence The Age of 4years How Is That Free, moreover, Petitioner Has not Failed To Serve Respondent with Pleadings Filed with This Court because I Petitioner on every Filing To This Court If A copy could not be made with-In This Detention Facility I Petitioner Would Write To The Court with each motion Stating To please Send A copy To Respondent In His behalf, so For This Respondent Error's.

<u>Background and The Truth</u>

Bustillo is A 41 year old Permanent

Resident of The united STATES For over 37 years, who Filed AN Application For citizenship once He was Discharged From The united STATES Army Back In 1996 was never aware and was not Denyed citizenship but was mark Absent and HAS Filed claiming His citizenship For, because of lack of notice That was The only Reason why He was mark Absent, In The Claim Bustillo Has given The Proof of Application and proof of His DD 214 Army papers and Proof That His Address HAS Been The Same over 30 years.

Also Bustillo HAS Filed with This Court The Proof And FACTS of His mother and Grandmothers citizenship Papers showing That They were Citizen before Bustillo's 18[Th] Brithday.

AS For Bustillo not sure of what NAME To Put on The claim For citizenship This IS why IT was Filed In The Court AS (INS) (DHS) RoBerTo GONZALES, The Reason For NAMEing Bruce Chadbourne was To LeTe The Court know who's Hand my DETENTION was In no other Reason.

A) <u>ARgument</u>

A. AS For Respondent's STATEing That All ClAims Have Been DeCIDED

well As For The FACT of Bustillo Conceding The Conviction For (Drug offense) yes Bustillo Did Plea out To The charge Nolo Dated 1995 and IF would Have None Then About (INS) would of Fought The case, In-FACT This case IS open In The Superior Court In Prov RI and Dated For march 15, 2006 For Post Conviction, Bustillo Proveing To The court His INNOCENTS.

I Have no Troubles with The Insults From The Respondent and will not Let That stop me From being or Fighting For my Right As For The Fileing In District court Massachusetts yes very True because of my Detention more Then one year ago and They Fail To State That Massachusetts At The Time Had Jurisdiction, As I Have stated In my other motions That (DHS) Has moved me From one Detention To An other making It Hard To keep up. Even IF I was Fileing A motion about my Detention The claim would be proper In This Court because of my being Detain In Rhode Island now over 7 months. For The Showing Cause In The First Circuit Court That Has been Filed and copys Have been Sent To (DHS) objecting There dismissal.

They The Respondent sent copy of All motion
Filed with The other court By Bustillo
Pro-se After The mistakes of His Attorney
and In-Fact was Finally correct In Fileing
petition For Review but was called untimely
when In-Fact Bustillo was still with an other
motion In This court before Fileing Review still
waiting For Answer, Respondents motion (Exhibit A)
(Exhibit B)
Wrong Fileing not By Bustillo but By
His lawyer At The Time George Babcock
For Review of Reopening and Reconsidering
3/2/05 decision 9/20/05 After That
Bustillo Then tryed to File motions on
His own because of Finding out lawyer
was not an Immigration Attorney but
A Real estate Lawyer Proof was sent
In motion with copy of letter From
Lawyer, decision Dated 12/18/05 other
motion were sent In to The First Circuit
Court within That motion In January
Around The 14 2006 The Last decision
was sent, Then That was when
Bustillo Filed motion to Review 212 (c) 06/1/95
That Is not untimely because of other
Fileing and because of Ineffective counsel,
(Exibit C) The (DHS) Told The Court That They
were going to Deport me and Then moved me
From Jurisdiction Again 1/3/06
(Exibit D) This was Filed but was moved again
by The (DHS) This why Bustillo Has Ask This

Court To make sure The (DHS) Does not move Bustillo out of This Jurisdiction while case Pending.

As for The Fileing In 1997 I Do not know of This Fileing IT was Done by A Attorney Did not even know about IT.

B) Court Lacking Habeas JURISDICTION over NON DETENTION Habeas claims!

Petitioner Is not challenging The underlying Removal order, because such claim would be Improperly before This court That was Also STATED In Bustillo's motion because of The new law Real ID ACT, Petitioner Challenges The Right's of Claiming Citizenship.

In Habeas Corpus, As we Have noted, The Issue of The CITIZENShip of A Person Sought To be Deported Has Always been subjeCT To Inquiry, and on Such AN Issue, The Petitioner In Habeas Corpus Is ENTITLED To A Judicial Trial de novo. Ng Fung Ho v. White, Supra!

In A Claim of Citizenship In Deportation Proceedings Judicial Trial becomes A Constitutional Requirement because of The difference In Security of Judicial over administrative Action, Ng Fung Ho v. White.

Petitioner Has given The court more Than Enough Proof That He Is not Looking For no more Than To Prove

That He Is A citizen of This country and Asking For BOND while This claim Is being looked AT by This court and As Noted IN last motion sent Petitioner Ask IF In FACT His claim For citizenship was mistakenly Filed In The wrong court To please advise Him or TRANSFER To The Right court but AT This Time The claim Is proper and JUST In This court.

C. Respondent CLAiming That Bustillo IS Fighting His DETENTION Through Habeas Page (5) (C) The Respondent Themself STATE That Bustillo He IS Likely To REMAIN In The Country For A Long Time This IS True I Am not Doing anything wrong by Fighting my case In The courts This IS my Right And In doing so should not Give Respondent The Right To Hold me Incarcerated JUST To make me and my FAmily Give up and JUST say ok you win Take me away.

I Am very sorry but This IS not A GAME I Have 5 children and A wife and All my FAmily In This Country and I and They need me and I will again not give up because I Am (JUST) and The Truth will set me Free.

D. Respondent states that I Petitioner Failed To Properly serve The United States This Again Is not True because Bustillo Has sent copys when ever He can get Copys made with-In The Facility and Also Has wrote The court each Time Asking For A copy of what HAS been Filed Please be sent To Respondent on my BeHALF Through The courts and I Am very sure This HAS been Done So The Respondent Again Error's with There STATEment's.

I Am not Looking For any special Treatment Just Fearness and The Right To be able To go To The Courts of This Country And Ask For Justice For That Is what Are ForFAther Died For The Rights For Freedom and Justice For All, That Is what I grow up believing From The age of 5 until now no matter what still believe and Hope IF not For myself For my children For That Is why I Joined This countrys Army AS A young MAN because I Truly believed.

## Conclusion

For This and All That Has been sent In To The courts I Ask only For Justice and To look over all That Has been Presented To The court.

Respectfully submitted
Rodney A Bustillo Pro-se
Wyatt Detention
950 High street
Central Falls RI 02863

With All Do Respect To The court and To The Respondent I Ask IF A True Copy of All within please be Filed and Send a Copy To The Respondent For There IS No way of my getting Copys made on Time To Have This mail out on Time So I Ask again For The Help From The Court.

March 2, 2006

A supplemental Brief will be Filed shortly Just need some Time To Try and Find Legal Form work To Defend myself If The Court can give me Two weeks That should be Enough Time To Respond.

Thank you

Rodney A Bustillo