AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rodney A Bustillo SR
V.
Roberto Gonzales
&
Bruce Chadbourne

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA06-63S

TO: (Name and address of Defendant)

Rodney A Bustillo
Wyatt Detention
950 High Street
Central Falls RI 02863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _ _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 02-07-06 |
|---|---|
| NAME OF SERVER *(PRINT)* Rodney A Bustillo SR | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): MAIL FROM WYATT DETENTION 950 High STREET MAIL TO FRANK CROWLEY SPECIAL ASSISTANT U.S. ATTORNEY DEPARTMENT OF HOMELAND SECURITY PO BOX 8728 JFK STATION BOSTON, MA 02114

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02-07-06
Date

[signature]
Signature of Server

WYATT DETENTION CENTER
Address of Server
950 High STREET
CENTRAL FALLS RI
02863
PRO-SE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.