UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO,

v.  C.A. No. 06-63S

IMMIGRATION AND NATURALIZATION
SERVICE, ET AL.

### ORDER

Defendant's Application to Proceed Without Prepayment of Fees is denied as MOOT. Petitioner paid the filing fee on March 15, 2006.

By Order,

/s/
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 4/7/06

forms\shwcaus3.ord