**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RODNEY A. BUSTILLO, SR., [A190325551]), )
Petitioner )
)
v. ) C.A. No. 06-63S
)
IMMIGRATION AND NATURALIZATION )
SERVICE, DEPARTMENT OF HOMELAND )
SECURITY, AND ROBERTO GONZALES, )
Respondents )

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS**

On April 5, 2006, the First Circuit Court of Appeals, in Bustillo, et al v. Gonzales, Ct of Appeals Docket No. 06-1195, entered a judgment against Appellant Rodney A. Bustillo, Sr. ("Bustillo"). In that judgment, the First Circuit denied Bustillo's petition for review based on a lack of jurisdiction, denied his motion to proceed *in forma pauperis* and granted the Government's motion to dismiss. The First Circuit, in the same judgment, denied Bustillo's "motion to review release on bond" as moot, and denied his "motions to enter support letter" and "to support review." See, copy of First Circuit docket attached hereto and incorporated herein.

WHEREFORE, for the reasons set forth herein and in the previously-filed memorandum in support of the motion to dismiss, the petition for writ of habeas corpus should be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER #3415
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of April, 2006, a true and correct copy of the foregoing Motion to Dismiss was served on Petitioner, by mailing same, by first-class mail, postage prepaid, to:

Rodney Alfred Bustillo
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Nancy A. DiQuinzio