Service Members of the Military or Veterans[redacted]

An alien who has served or is serving in the armed forces of the United States does not automatically become a citizen of the United States. Like other aliens, such alien must apply for naturalization and be admitted to citizenship. However, depending upon such matters as the period during which he or she served, the length of service, and other factors which will be mentioned below- he or she may be exempt from some of the requirements other aliens must meet.

Military Service During Certain Periods

A person who has served honorably and actively in the armed forces of the United States, no matter how briefly, during any part of the periods:

(a) April 6, 1917 to November 11, 1918;
(b) September 1, 1939 to December 31, 1946;
(c) June 25, 1950 to July 1, 1955;
(d) February 28, 1961, to October 15, 1978; or
(e) October 25, 1983 to November 2, 1983 (for qualifying active duty in the geographic area of Grenada campaign), and who is not within any of the below listed ineligible classes is exempt from the following requirements.

(1) No lawful admission for permanent residence is required if he or she was inducted, enlisted or reenlisted at any time in the United States, the Panama Canal Zone, American Samoa, or Swains Island. If he or she did not at any time enter into such armed forces in one of the places mentioned he or she must have been lawfully admitted for permanent residence before he or she can be naturalized.

(2) He or she need not have resided or been physically present in the United States or any State for any particular length of time.

(3) He or she does not have to file the application in the place where he or she lives, but can file it in any Service office.

(4) He or she may be naturalized regardless of the fact that the person has been ordered deported from the United States.

Ineligible Service Members

The following persons do not qualify for the special naturalization exemptions discussed immediately above:

(1) veterans who were discharged at their request because of alienage;

(2) conscientious objectors who performed no military duty whatever or refused to wear the uniform; or

(3) veterans who were once naturalized on the basis of the same period of military service and have since lost their citizenship.

The fact that a person is ineligible for naturalization as such a veteran does not mean that he or she may not be naturalized under the general naturalization laws applicable to other classes of aliens. He or she may still qualify for naturalization if able to meet the naturalization requirements applicable to other aliens.

Service Members of the Military or Veterans [redacted]

An alien who has served or is serving in the armed forces of the United States does not automatically become a citizen of the United States. Like other aliens, such alien must apply for naturalization and be admitted to citizenship. However, depending upon such matters as the period during which he or she served, the length of service, and other factors which will be mentioned below- he or she may be exempt from some of the requirements other aliens must meet.

Military Service During Certain Periods

A person who has served honorably and actively in the armed forces of the United States, no matter how briefly, during any part of the periods:

(a) April 6, 1917 to November 11, 1918;
(b) September 1, 1939 to December 31, 1946;
(c) June 25, 1950 to July 1, 1955;
(d) February 28, 1961, to October 15, 1978; or
(e) October 25, 1983 to November 2, 1983 (for qualifying active duty in the geographic area of Grenada campaign), and who is not within any of the below listed ineligible classes is exempt from the following requirements.

(1) No lawful admission for permanent residence is required if he or she was inducted, enlisted or reenlisted at any time in the United States, the Panama Canal Zone, American Samoa, or Swains Island. If he or she did not at any time enter into such armed forces in one of the places mentioned he or she must have been lawfully admitted for permanent residence before he or she can be naturalized.

(2) He or she need not have resided or been physically present in the United States or any State for any particular length of time.

(3) He or she does not have to file the application in the place where he or she lives, but can file it in any Service office.

(4) He or she may be naturalized regardless of the fact that the person has been ordered deported from the United States.

Ineligible Service Members

The following persons do not qualify for the special naturalization exemptions discussed immediately above:

(1) veterans who were discharged at their request because of alienage;

(2) conscientious objectors who performed no military duty whatever or refused to wear the uniform; or

(3) veterans who were once naturalized on the basis of the same period of military service and have since lost their citizenship.

The fact that a person is ineligible for naturalization as such a veteran does not mean that he or she may not be naturalized under the general naturalization laws applicable to other classes of aliens. He or she may still qualify for naturalization if able to meet the naturalization requirements applicable to other aliens.