UNITED STATES DISTRICT COURT
For The DISTRICT OF Rhode Island

Rodney A Bustillo sr
Petitioner

V C.A. No 06-63S

Immigration and NATURALIZATION
Respondents.

April 22, 2006

Objection to Respondents motion
To Dismiss

Here comes Petitioner (Bustillo) RespectFully Asking This Honorable Court To Dismiss motion From Respondent and Grant Petitioners objection of The motion To Dismiss and Grant writ of Habeas Corpus on citizenship claim, Cases IN which The Person subject To Deportation claims To be a united States Citizen Is Entitle To denovo Review Agosto v Immigration.

Respondent Is correct stating That The First Cir Denied Review but Fails To Tell The court That The Review was For 212(c) relief because of untimely Filing not because of Eligibility For The Relief That was Granted by (IJ) Same For The Bond.

This Honorable Court To Dismiss Bustillo's claim To Citizenship because of a Decision made That Has nothing To Do with The claim To (Citizenship).

The Review In The (1st Cir Court) So not To Confuse The Court Bustillo sent a copy of That motion In His past motion's To This Honorable Court, one claim Has Nothing To Do with The other and with That said, (Bustillo) Respectfully ask The Court To Please view copys sent by Respondent's Filing and will see not once Has Bustillo claim Citizenship In The (First Cir Court).

As stated Petitioner In The past motion's Has kept The Court aware of all Filings In The (1st Cir Court) so There would be No misunderstandings with Either Court.

The Bond claim In The (1st Cir Court) once The Correct Filing Is In There would be No Reason To Deny Petitioner Bond because There Has been no Finding of Flight Risk or Danger To The Nation or Community.

As For This Honorable Court of Rhode Island Bond would be (Just) while claim of Citizenship Is Pending.

Reopen Base on Ineffective Assistence of Counsel would be Proper, AT This Time.

I Am Filing The Motion To That Afect of Ineffective Counsel and Have The Proof To back up The Claim! 8 C.F.R § 1003.2(c)(1). Claims of Ineffective Assistance of Counsel Satisfy This Requirement. See Saakian, 252 F.3d a25, and Orehhova v. Gonzales, Tobeth-Tangang v Gonzales, Zhang v. INS A copy will be sent To This Court So There Are no misunderstanding or mixup. This Filing of Ineffective Counsel will be In The (First Cir Court).

With All being Said Bustillo Respectfully Ask For The Citizenship Claim Stay and Hope For Justice That Is with out A Doubt Do and Please Release on Bond or Some kind of Supervise Release, So He maybe able To Take care of His wife and Five children After 2 years of Detention. Respectfully Submitted!

Rodney A Bustillo Sr
Wyatt Detention
950 High Street
Central Falls RI
02863