EXHIBIT (H)

A019-325-551

# State of Rhode Island and Providence Plantations

HOUSE OF REPRESENTATIVES

REPRESENTATIVE JOSEPH J. VOCCOLA *District 43*

December 27, 2004

Mr. Timothy T. Stevens
**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement
Attn: POCR Unit
JFK Federal Building, Government Center
Boston, MA 02203

**RE: Rodney BUstillo**
**A#19325551**

Dear Mr. Stevens:

I am submitting this letter on behalf of the above-referenced individual. I have known Mr. Bustillo for at least ten years and truly believe that he will be an asset to our society if he is immediately released. I first came to know Mr. Bustillo when he was a member of Laborer's International Union of North America. From that time, I believe he has always strived to maintain steady employment for himself and ultimately achieved a position of self-employment where he was able to employ others.

It is without hesitation that I urge the U.S. Department of Homeland Security to urge his immediate release. Moreover, I respectfully ask that any order of removal or deportation or exclusion be terminated in this case.

Very Truly Yours,

Joseph J. Voccola
State Representative
District 43-Johnston

454 BROADWAY, PROVIDENCE, RHODE ISLAND 02909
ROOM 23 STATE HOUSE, PROVIDENCE, RHODE ISLAND 02903

## Children's Bill of Rights

**All children shall enjoy the following inalienable rights:**

1. The right to be treated as important human beings, with unique feelings, ideas and desires and not as a source of argument between parents.
2. The right to a sense of security and belonging derived from a loving and nurturing environment which shelters them from harm.
3. The right to a continuing relationship with both parents and the freedom to receive love from and express love for both.
4. The right to "listening parents."
5. The right to express love and affection for each parent without having to stifle that love because of fear of disapproval by the other parent.
6. The right to grow and flourish in an atmosphere free of exploitation, abuse and neglect.
7. The right to know that their parents' decision to divorce is not their responsibility and that they will still be able to live with each parent.
8. The right to continuing care and guidance from both parents where they can be educated in mind, nourished in spirit, and developed in body, in an environment of unconditional love.
9. The right to honest answers to questions about the changing family relationships.
10. The right to know and appreciate what is good in each parent without one parent degrading the other.
11. The right to have a relaxed, secure relationship with both parents without being placed in a position to manipulate one parent against the other.
12. The right to have one parent not undermine time with the other parent by suggesting tempting alternatives or by threatening to withhold activities with the other parent as a punishment for the children's wrongdoing.
13. The right to be able to experience regular and consistent parental contact and the right to know the reason for not having regular contact.
14. The right to be a kid and to be insulated from the conflict and problems of parents.
15. The right to be taught, according to their developmental levels, to understand values, to assume responsibility for their actions, and to cope with the just consequences of their choices.
16. The right to be able to participate in their own destiny.

Ratify these rights for your children and you will give them better protection than any law could ever provide.

From *Putting Kids First: Walking Away From a Marriage Without Walking Over the Kids* by Michael Oddenino, attorney for the Children's Rights Council. ISBN 1-8848862-03-9. Reprinted with permission. Distribution by Publisher's Distribution in Salt Lake City, Utah 1-800-922-9681. Ask your bookstore or library to order it if they don't have copies.

927 1897

| | |
|---|---|
| | Gonzales. [1088479-1] [06-1195] (laur) |
| 2/7/06 | NOTICE of service acknowledgement filed by Respondent Alberto Gonzales. [06-1195] (laur) |
| 2/8/06 | ORDER entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: The motion for stay of deportation and the motion for appointment of counsel are each denied. Upon review, it appears that this court may lack jurisdiction to consider this petition for review because it was not filed within the thirty-day period mandated by 8 U.S.C. 1252(b)(1). See, e.g., De Araujo v. Ashcroft, 399 F.3d 84, 88 (1st Cir. 2005) (characterizing such time limit as jurisdictional). Petitioner is ordered either to move for voluntary dismissal under Fed. R. App. P. 42(b) or to show cause why this petition should not be dismissed. The failure to take either action by February 22, 2006 may lead to dismissal for failure to prosecute. [06-1195] (laur) |
| 2/13/06 | APPEARANCE filed by Rodney Alfred Bustillo for Petitioner Rodney Alfred Bustillo. [1090479-1] [06-1195] (laur) |
| 2/13/06 | MOTION filed by Petitioner Rodney Alfred Bustillo titled "motion to review release on bond". No Certificate of service. [06-1195] (laur) |
| 2/23/06 | RESPONSE/OPPOSITION filed by Petitioner Rodney Alfred Bustillo to government's motion to dismiss. No Certificate of service. [1094088-1] [06-1195] (laur) |





| | |
|---|---|
| 2/27/06 | DOCUMENT TITLED SUPPLEMENTAL BRIEF filed by Petitioner Rodney Alfred Bustillo (pro se). Length: 5 pages, Copies: 3, delivered by mail. No Certificate of service. [1095179-1] [06-1195] (laur) |
| 3/7/06 | ADMINISTRATIVE RECORD, consisting of docket entries 1-21 filed. [06-1195] (lina) |
| 3/13/06 | PUBLIC NOTE: Certificate of service filed by Mr. Bustillo indicating that a copy of the supplemental brief was served on the Office of Immigration. Certificate of Service not dated. [06-1195] (laur) |

| | |
|---|---|
| 3/13/06 | PUBLIC NOTE: Duplicate appearance filed by Attorney Margot Nadel. [06-1195] (laur) |
| 3/13/06 | PUBLIC NOTE: Document titled "supplemental motion to object" filed by Mr. Bustillo. [06-1195] (laur) |
| 3/15/06 | MOTION filed by Petitioner Rodney Alfred Bustillo to proceed in forma pauperis No Certificate of service. (Form 4 filed no motion attached.) [06-1195] (laur) |
| 3/15/06 | MOTION filed by Petitioner Rodney Alfred Bustillo titled "Motion to Enter Support Letter" No Certificate of service. [06-1195] (laur) |
| 3/24/06 | MOTION filed by Petitioner Rodney Alfred Bustillo titled "Motion to support review and enforce judicial order for bond and 212(c) relief" No Certificate of service. [06-1195] (laur) |
| 3/27/06 | PUBLIC NOTE: Mr. Bustillo submitted copies of family members citizenship information.[06-1195] (laur) |
| 3/29/06 | LETTER filed by Mr. Bustillo to Attorney Nadel. [06-1195] (laur) |



---



| | |
|---|---|
| 4/5/06 | JUDGMENT entered by Chief Judge Michael Boudin, Senior Judge Norman H. Stahl and Judge Sandra L. Lynch: Petitioner seeks review of an October 13, 2004 ruling of the Board of Immigration Appeals (BIA) ordering that he be deported. We |

lack jurisdiction to consider his petition because of his failure to file an appeal within thirty days of the BIA's decision, as required by 8 U.S.C. § 1252(b)(1). This time limit is a "strict jurisdictional requirement." Ven v. Ashcroft, 386 F.3d 357, 359 (1st Cir. 2004) (quoting Zhang v. INS, 348 F.3d 289, 292 (1st Cir. 2003)). Petitioner's complaint about ineffective assistance of counsel is properly pursued by way of a motion to reopen. See, e.g., Orehhova v. Gonzales, 417 F.3d 48 (1st Cir. 2005) (reviewing such a claim); see also Tobeth-Tangang v. Gonzales, ___ F.3d ___, ___ n.3, 2006 WL 619330, at *2 n.3 (1st Cir. 2006) (noting lack of jurisdiction to review BIA decision which, because of attorney neglect, had not been appealed). We express no view as to whether such relief could be sought at this point. Petitioner's motion to proceed in forma pauperis is Respondent's motion to dismiss is granted, and the petition is dismissed for lack of jurisdiction. Petitioner's motion "to review release on bond" is denied as moot. His motions "to enter support letter" and "to support review" are denied. [1108835-1] [06-1195] (laur)



**PACER Service Center**