IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rodney A Bustillo sr
Petitioner C.A. No. 06-63S

v.

Immigration and Naturalization
Respondent

SUPPLEMENTAL MEMORANDUMS IN SUPPORT
OF PETITIONERS MOTION TO OBJECT

On April 6, 2006 The 1st cir court Did make and Denied Bustillo as stated in His motion not because of wrong Doing or because 212(c) Relief was not Available but only because of Time of Filing. By This court Looking at Some of The (EXHIBITS) will see were The First cir Had stated That Bustillo Has complained about Ineffective Assistance and That Attorney neglect, Had not been Appealed.

Well as stated That Bustillo would be Filing A motion To Defend Himself because of The Ineffective Assistance and As Promise A copy of This motion Is within, and Also The copys of some Letter From The Lawyers Themself For The Proof of Ineffective Assistance. See. Motion within & Letters.

The Reason For my sending These Documents

Fighting and Looking For Justice.

WhereFore, For The Reasons Set Forth Herein and In Previously-Filed motions I beg This Court To please dismiss Respondents Request and Allow Bustillo Fair Judgement That Has been Due and That was Done Bye The (IS) From The Start. Bustillo Also Ask For Release on Bond or Supervised while case Pending. Home Address 57 Sumter ST Prov RI 02907 mother: wife and children 17 America street Cranston RI 02920.

Respect Fully Submitted
Rodney A Bustillo
Wyatt Detention
950 High street
Central Falls RI 02863

CERTIFICATE OF SERVICE

I Rodney A Bustillo certify That I Have with Respect Ask This Honorable court To please make copys of within and mail A copy To Respondent (Robin E. Feder) and A copy To Rodney Bustillo, Fleet Center, 8th Floor
50 Kennedy PlAZA
Providence RI 02903
For As The court Is Aware That I Am Detain and IT's Very Hard To come Across copys within some Times and This Is about Timing