Rhode Island Affiliate, American Civil Liberties Union

128 Dorrance Street, Suite 220 - Providence, Rhode Island 02903
Telephone: (401) 831-7171 Fax: (401) 831-7175 E-mail: riaclu@aol.com

October 27, 2004

Rodney Bustillo
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Dear Mr. Bustillo:

Our attorneys have reviewed the BIA's decision on your appeal. In light of the agency's decision, I'm afraid that there is no longer a legal basis for us to bring a habeas corpus petition on your behalf.

Our habeas corpus petition was going to argue that immigration officials could not hold you on the basis that you were not eligible for 212(c) relief, since we believe you were eligible for such relief. Unfortunately, that claim is now moot because, as you know, the Board held that, even if you *are* eligible for 212(c) relief, as a matter of discretion they refused to grant it. As a result, the only issues that appear left for you to pursue are in the hands of Mr. Babcock.

If immigration officials keep you locked up for more than six months from now without deporting you, you may be able to raise a new argument that you are entitled to release pending any further proceedings or action by immigration officials. You can get back to us at that time if you would like us to review the matter again. But, as I have noted above, we are no longer in a position to file a petition on your behalf because of the grounds underlying the BIA's latest decision in your case.

I'm very sorry that our plans to assist you did not work out.

Sincerely,

Steven Brown
Executive Director

Turn over
ok

ACLU