Exhibit 3




# George E. Babcock, Esquire

Attorney and Counselor at Law

83 Power Road, Pawtucket, Rhode Island 02860
(401) 475-5985 • (888) 845-2510 • Fax (401) 475-5987


December 2, 2005

Rodney Bustillo
INMATE: WYATT DETENTION FACILITY
950 High Street
Central Falls, RI 02863

Mr. Bustillo,

I am in receipt of your Motion dated November 29, 2005. Even though it is full of lies, I have no interest in attacking you. You are like a bear whose leg is caught in a trap. You are willing to chew off your leg to get free. I look at myself as being your leg.

I have no intention of telling the Court that you are lying about the documents you claim to have not received. You have been provided with everything by Mr. McBurney, your mother and by me. As far as me giving you "attitude", I have been a gentleman with you and your mother. My side of the street is clean. Can you say the same thing? Relative to your allegations that I have no knowledge of the law, please note that I have several degrees on my wall. They were earned through hard work and diligence. You are in jail because of a lifetime of crime and wrongdoing. You were a drug dealer and you beat on your wife yet you insult me. Go to your mirror and take a look at what you see.

I am also in the process of getting phone records to reveal just how many times you and I have spoken on the telephone. Your claims of my "incompetence" do not resonate with me. Just remember, you were on a plane and because of me you are still here letting these sickening insults fly. Because of the Attorney Client Privilege I am unable to send this letter to the Court so I will not, but rest assured that I am proud of what I did on your case and could have done no more. I hope the Court grants your motion. I wish ill on no man and will not stand in the way of your efforts to stay in this Country, but you should be ashamed of yourself for your attack on me. Tell me of another lawyer who has done what I have done for virtually no money. You made promises to pay me and the only one that did was your mom. In any event, I am putting a package together or all that you want and will send it to you. I will also be sending you a bill and one to your mother since she hired me.

Good luck.

Very truly yours,

George E. Babcock, Esquire

George E. Babcock, Esquire

Attorney and Counselor at Law

83 Power Road, Pawtucket, Rhode Island 02860
(401) 475-5985 • (888) 845-2510 • Fax (401) 475-5987

November 18, 2004

Lucia Germina Bustillo
57 Sumter Street, Apt. 1
Providence, RI 02907

RE : RODNEY BUSTILLO

Dear Ms. Bustillo,

As you requested, I reviewed your son's entire file, right up through the final negative action by the Immigration Appeals Board. I have spent well over ten (10) hours pouring over this file and have come to the conclusion that I think you would be better served by retaining a lawyer who specializes in this level of immigration practice. I do not feel that your son's interests will be best served by my representing him any further. The attorneys that have worked on this case have all done a fine job. That includes the attorney for the United State of America as well. I suggest that you contact the Immigration Court in Boston and ask for a referral to an attorney more qualified than me to move this matter forward. It is not easy for an attorney to admit that a case is beyond his means and abilities, but it would be wrong for me to do anything other than write you this letter with my best advice to you.

Please call me after reading this letter to discuss what you would like me to do with your son's file. God be with you and your son.

Very truly yours,

George E. Babcock, Esquire