George E. Babcock, Esquire
Attorney and Counselor at Law

83 Power Road, Pawtucket, Rhode Island 02860
(401) 475-5985 • (888) 845-2510 • Fax (401) 475-5987

June 20, 2005

Rodney A. Bustillo, Sr.
Suffolk County 8-4
20 Bradston Street
Boston, MA 02118

Mr. Bustillo,

Once again I find myself responding to your misplaced anger and propensity to lie and attempted extortion of money.

You are most free to file any complaint that you desire. I will respond to each of your misstatements in the order presented:

1. I have never misled you. I have done everything that I said I would. I told you three (3) weeks ago to hire another attorney. I suggest once again that you do so.

2. I never told you that a bond was set. I took steps with ICE to have you released and it was rejected. I have filed a Motion to have you released with the 1st Circuit Court of Appeals. These documents have been given to you and your mother.

3. I never told you that an agreement had been reached.

4. The motion has been filed and is pending in the 1st Circuit.

5. You and your mother have been provided with copies of everything you have asked for.

6. I have treated you and your mother with respect. It is you that is disrepectful and ungrateful. You are insulting and write profanity laced letters for no reason other than to make you feel better or important or empowered. I suggest you talk to Tawa Pitman about this issue.