George E. Babcock, Esquire

Attorney and Counselor at Law

83 Power Road, Pawtucket, Rhode Island 02860
(401) 475-5985 • (888) 845-2510 • Fax (401) 475-5987

7. I have spent so much time on your case I cannot even fathom where you come up with this statement. I kept working for you and your mother because she told me that she was getting a back pay adjustment She paid me small sums of money, but never came through as promised. In regard to the excess $5,000.00, I have never billed against it, although I certainly have earned that amount and much more. It is still in my client account as I agreed. You should get your facts straight before making defamatory statements. Just because you are in jail does not mean that you are exempt from suit for defamation and other civil damages.

8. There is a contract and I have kept to its terms. Have you mommy come and get her money. I will give her a bill at the same time for the balance due to me. As far as the Superior Court action is concerned, Mr. Vocolla is your attorney, not me. He filed your motion and it was denied. It appears that no further action has been taken on this matter. I spoke to Terry and he didn't have much to tell me except that you had no money to pay him to go forward. You see Rodney, we all have families to take care of as well as you.

9. I am not sure what this statement means, but in any event, I do not advertise as a criminal or immigration lawyer although I have successfully represented many clients in both areas of law. Further, your mother sought me out to represent you in this matter. There is nothing that I would do differently in this case. You are in jail because of your actions. You are in this Country because of me. I enlisted the help of Nicholas Trott Long, a seasoned Federal Court litigator, to help me with your memorandum. He felt that I did a great job. I am proud of what I did for you and your family. I am tired of you blaming everyone else for your situation. As far as your mother goes, the poor woman believes everything that you say. I suggest you try the truth; it may be the only thing to set you free.

10. I have earned far in excess of $10,000.00, but I have never refused to give you mother the $5,000.00. It is still in my client account and available upon request.

As far as the remaining threats in your letter, I have no intention of giving your mother anything beyond the $5,000.00. I will then give her a bill for the