**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RODNEY A. BUSTILLO, SR., | | |
| [A190325551] | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | C.A. No. 06-63S |
| | ) | |
| (INS) (DHS) | ) | |
| ROBARTO GONZALES | ) | |
| Respondent | ) | |

**RESPONDENTS' REQUEST FOR EXPEDITED CONSIDERATION**

Before the Court are the Federal respondents' motion to vacate stay of removal, and the Federal respondents' motion to dismiss Rodney A. Bustillo, Sr.'s motion for writ of habeas corpus. Also before the Court are several motions filed by petitioner. All these matters were the subject of a Report and Recommendation (R&R) issued by the Court, Almond, M.J. on May 10, 2006. Petitioner has until May 20, 2006, to object to the R&R.

Respondents acknowledge that the stay of removal is still in effect and will not remove petitioner unless the stay is vacated. That understood, if the Court affirms the R&R, respondents desire to execute petitioner's removal order forthwith. They have received all necessary travel documents for petitioner's removal and have made tentative arrangements for execution of the removal order during the week of May 29, 2006. Removal, of course, is contingent upon the Court's ruling on the R&R.

For all of the foregoing reasons, the Federal respondents request expedited consideration of any objection that may be filed to the R & R. If no objection is filed, respondents request that

the Court enter judgment forthwith.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017) (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Respondent's Request for Expedited Consideration, was served by first class mail, postage prepaid, on this the 16th day of May, 2006, by mailing same to the following:

Rodney Alfred Bustillo
Wyatt Detention Center
950 High Street
Central Falls, RI 02863