UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Rodney A Bustillo Sr
v
C.A. No. 06-63S
IMMIGRATION AND NATURALIZATION

MOTION TO OBJECT TO THE
REPORT AND RECOMMENDATION

Here comes Bustillo objecting The Report and Recommendation of The magistrate Judge Dismissing Bustillo's claim To Citizenship. In Habeas Corpus, The Issue of The citizenship of A Person Sought To be deported Has Always been subject To Inquiry, and on such An Issue The Petitioner In Habeas Corpus Is Entitled To A Judicial Trial de Novo. See Fung Ho v White, Supra;

STATEMENT OF FACTS

Bustillo was born 3/23/64 In Honduras and came To The united STATES age 5, From 1970 Entered The united STATES Army Right AFTER High School In 1982 - In 1985 Bustillo Filed For His citizenship Right AFTER His Time In The U.S. Army and For some Reason never Hard any Thing From The (INA) and because of Bustillo's Army service, Bustillo Always Thought and Lived, believed He was A citizen He was

Bustillo's 18TH Birthday and by PAST Law's 1986 The (INA) STATED The Age was 21 years old and person could still get citizenship Through There mother or GRAND-mother.

In Bustillo's PAST motion To The Court about His claim To citizenship, He Sent The application Dated 1985 That was when IT was Filed, ALSO Sent His mothers and Grandmothers citizenship. The Respondent U.S. Attorney Has miss Lead This Court Into believing That Bustillo Came To This Honorable Court Look For A Review of The BIA's order, or even The First Circuit order To The 212(c) This Is not what Bustillo Comes To This Court For at All.

Bustillo Is very much aware of The First Circuit & BIA The writ of Habeas Corpus That was Filed In MASSACHUSETTS Last year was For His Detention only Docket No. 05-11414. Bustillo Has never been or Has ever Filed In any other Court or To The BIA claiming His citizenship, because That claim Is (JUST) In one Court and one Court only This Honorable Court of The District of Rhode Island and IF Bustillo would Have been (VEST) with The Laws He

IS His The claim To citizenship As The Court Is very much aware of Bustillo's Being Detain with That Said He Ask This Honorable Court To Please Allow Him A Little More Time To Put An Appropriate motion To His claim of citizenship For IT Is (Just) In This Honorable Court.

## Conclusion

To The Court IT Seems Like Bustillo Is Just Filing motion In This Court Like The Judge stated Trying To get An other Bite, This Is not True Bustillo Just claiming what should Have been claimed From The Beginning.

As For 212(c) motion That Bustillo sent To This court IT was Just To Let The court see That Bustillo was not claiming citizenship anywere Else, but because of Respondents motion Leading The court To believe other wise Brings us To This Hopeing and Praying That The Court Allow Bustillo more Time To The claim of citizen nothing more nothing Less.

Respectfully Submitted
By Rodney A Bustillo
WYATT Detention

Certificate of Service

I Rodney A Bustillo Certify That I Sent A True copy of This 3 pages of objection To Robin E. Feder Assistant United State Attorney, Fleet Center, 8th Floor 50 Kennedy PLAZA Providence, R.I 02903.

May 15, 2006