UNITED STATES DISTRICT COURT
OF Rhode Island

Rodney A Bustillo sr
v
Immigration Naturalization

Case: Co-06-63

Objection To Dismissal of
Citizenship claim

Bustillo Has come To This Court of The United States District Court of Rhode Island Asking This Honorable Court To stay his Deportation & stay The claim To citizenship Because IT IS (JUST) In This Court.

All claims To citizenship must be Brought or Sought In The District were The Person claiming Reside. IT Also state That A Person claiming citizen can not or should not be Deported until claim IS Resolved, In A claim of citizenship In Deportation proceedings a Judicial Trial becomes A constitutional Requirement because of The difference In security of Judicial over administrative action; Ng Fung Ho v White, 259 U.S. 276, 285, 42 S. CT. 492, 495, 66 L. Ed. 938.

The Courts Also Held That The Issue of citizenship properly Raised, IS To be Tried de novo In A suit under section 10, For

STATMENT OF FACTS

Bustillo Came To The United States June 13, 1970 Age Five, Entered The United States Army 1982, Put In Application For Citizenship 1985 and was never Denied His Citizenship, Bustillo's mother became U.S. Citizen before His 18th birthday making Him A Citizen by what Is Cold Derivative citizenship, The Law States That A Person may be a Citizen If His or Parent or Grandparent was U.S. Citizen, You Also may be A Citizen If you were born In Another Country but one Parent Naturalized when you were under 18, and were living In The U.S. As A Lawful Permanent Resident.

More Specifically, Bustillo Contends That He Submitted An Application For Naturalization Dated 1985 Copy alReady In File and by being In The Army His Allegiance To The United States was met, His Application was never Denied by The Service Just mark Absent, The Service Neglected To Send Bustillo His Appointment. Bustillo's Application For Naturalization was Filed Bustillo's Address Has been The Same over 30 years So There Must be Some kind of Mistake.

Bustillo claim to Citizenship Is (Just) under Section (8 U.S.C. § 1401 (g); or (8 U.S.C § 1432(a); Because of Bustillo's mother becoming A Citizen

or Grandparent was a U.S Citizen even step Father That married childs mother before The child 18 birthday (8 U.S.C § 1401 (F)

The other law Bustillo may and Is Eligible For section 8 U.S.C § 1440; 8 C.F.R. § 329.2 Bustillo's wife Is A Citizen of The united STATES, His children all U.S. Citizen Bustillo's Application For Citizenship Right After Time served In The U.S. Army Honorable Discharged Active duty During Armed Conflict and STATES only Need one year good moral character

Conclusion

I Have been In The united STATES All my Life my wife children everyone Is Here In The united STATES I Have no one In Honduras, I Have come to This Court because IT IS The Right Court To claim Citizenship This Is my only Time claiming Citizenship In This Court or any other Court. I Have Talk To An Attorney That will Take over my case because of The Laws claiming Citizenship are not Easy and For The Reason of being Detain Access To Them Laws I will be Fighting A War with out Bullets.

I Ask This Court For more Time I Am

one and only Felony 1995 If This IS Granted The (DHS) will Have no Reason To Deport Bustillo, I Pray For The court To Do what IS Right and (Just) I Am A American Citizen Right out The U.S. Army Please give me The chance To Prove my case In This Court and Grant me The STAY of Deportation So I may Get The Right motion Into Court on Time.

Thank you

Respectfully Summitted
Rodney A Bustillo Sr
Wyatt Detention
950 High Street
Central Falls RI
02863

Certificate of Service

I Here by mail A copy of All within To Respondent Robin E. Feder Assistant United States Attorney, Fleet Center, 8Th Floor 50 Kennedy Plaza Providence, RI 02903

DATE May 17, 2006