**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| RODNEY A. BUSTILLO, SR., | | | |
| [A190325551] | ) | | |
| Petitioner | ) | | |
| | ) | | |
| v. | ) | C.A. No. 06-63S | Respondents request |
| | ) | | Expedited |
| (INS) (DHS) | ) | | Consideration |
| ROBARTO GONZALES | ) | | |
| Respondent | ) | | |

**<u>RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION</u>**

In response to petitioner's objection to the Report and Recommendation, the Federal respondents incorporate the memorandum in support of their motion to dismiss and the report and recommendation.

WHEREFORE, petitioner's request for relief should be denied and the petition dismissed as moot.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, on this the 23rd day of May, 2006, by mailing same to the following:

Rodney Alfred Bustillo
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Nancy A. DiQuinzio