UNITED STATE DISTRICT COURT
DISTRICT OF Rhode IslanD

Rodney A Bustillo
v
Immigration & NATURALIZATION

C.A. No 06-63s

Objection To Respondent's Request For Expedited Consideration

Before The Court Are Bustillo's motion Asking The Court For stay & stay of claim To Citizenship, Bustillo Has Also Request For The Court To Allow Him Time To Research case Laws That would Enable Him To Prove That The claim To Citizenship Is (Just), In The Court of The District of Rhode Island. See Bustillo v. INA C.A. No. 06-63s Supplemental Brief To support Citizenship claim & Bond States section 106(a)(5) Provides That, whenever A Petitioner "Claims To be a National of The united States and makes A showing That His "Claim Is not Frivolous;

The Court of Appeals Is To Transfar The Proceedings To The District Court For A Hearing on That claim If "A Genuine Issue of material

FACTS Are Presented. The ResponTed IS Correct In STATing and Also The MAgisTrATe Judge STATing That This Court Has no Jurisdiction To challenge Review of 212(c) or Removal order because of The Real ID Act of 2005.

However deNovo Review In District Court would be Available: Cases In which The Person Subject To Deportation claims To be A united States Citizen. See Agosto v. Immigration and Naturalization, Congress was Awere of past decisions Holding That The Constitution Requires That There be some Provision For denovo Judicial determination of claims To American citizenship In deportation Proceedings. See H.R. Rep. No 1086, Supra, AT 29, H.R. Rep. No 565, 87th Cong., 1st Sess, 15 (1961).

In The case of Kessler v. Strecker, 307 U.S. 22, 34-35 (1939) citing Bilokumsky States That An Alien IS Entitled To Trial denovo on A claim of citizenship IF Supported by Substantial evidence IT IS Clear There Fore, That The Constitutional Requirement of A deNovo Judicial Hearing IS Triggered only IF The Person claiming citizenship provides Some Substantial Evidentiary support

For His claim.

(Citizenship claim Support)

1) Bustillo served Honorably In The U.S. Army 1982-1985; 2) Bustillo's Application For Citizenship Applied 1985 and was Never Denied Just mark Absent why? 3) Bustillo mother & Grandmother Citizen before Bustillo's 18th birthday Also StepFather Citizen 4) Bustillo's wife and Bustillo's Five children All U.S. Citizen.

Citizenship Laws Applied To Bustillo's claim

1) (8 U.S.C § 1401 (g); 2) (8 U.S.C. § 1432 (a) 3) (8 U.S.C § 1101 (f); 4) (8 U.S.C. § 1401 (F) 5) (8 C.F.R. § 1239.2 (F) 6) (8 U.S.C. § 1440; or 8 C.FR 329.2

Clarification of Facts

Bustillo was born on march 21, 1964 In Honduras and Came To The united STATES AT The Age of Five, AS A Permanent Resident and Has been From 1970 In The STATE of Rhode Island.

In 1995, Bustillo Plead out To Delivery of class B Substance In Providence Superior Court and Served 3 months Imprison 4 1/2 years suspended AS A Result, Bustillo was deemed deportable because of Reading The Law wrong

at The Time. Subsequently, The ("BIC") STARTed deportATION Proceedings In 1995 Bustillo was GRANTed (PR) and In 1997 The First Circuit see Bustillo v INS No. 97-1512 unsuccessful obtaining a STAY than The (BIA) successfully GRANTed The STAY and Reopened Bustillo's case 2001, Note Bustillo was still on (PR).

March 30, 2004 Bustillo was Detain By (INS) April 9, 2004 (IJ) GRANTed Bustillo Release on (PR) (DHS) Appealed but no Argument From Bustillo's Attorney why? Please see (Exhibit 1), May 27, 2004 (IJ) GRANTed 212 (c) (DHS) again Appeald and again no Argument From Bustillo's Attorney why? still not sure.

That Is why Bustillo Has been In Detention and That Is why Bustillo Lost His Relief That He was clearly Eligible For. October 2004 (BIA) Did Reverse The (IJ) order Bustillo Did File A motion To The (BIA) To Reopen/Reconsider but was untimely and wrong motion/Bustillo's Appeal To The First Circuit of Appeals same untimely Docket No. 05-1277 wrong motion Into The Court should Have been motion To Direct Review of 212 (c) wrong Filing By Attorney.

In The District Court of Mass Bustillo Did File Bustillo v Chadbourne

Docket No. 05-11414 and Bustillo's v Ridge Docket No. 05-10392 (Writ of Habeas Corpus) Denied (DHS) each Time moved Bustillo out of The Jurisdiction and each Filing were not To Review 212(c) or citizenship claim. The claims were For (Detention) only.

As For Bustillo's v. Gonzales, Docket No. 06-1195 & Docket No. 97-1512 They were For 212(c) Review only and yes Denied because of one Reason only Late Filing.

## Discussion

The Magistrate Judge states That The Issues presented In Bustillo Petition are not new and Have Already been Considered and dismissed by other Courts.

This Is not True because Bustillo is not Here Asking This Honorable Court of District of Rhode Island For Review of 212(c) or Review of Bond, what Has Happen Is That Respondent some way Confused The Court Into believing more Than what Has been one Claim and one claim only citizenship and From The start Has been specific of The claim In This Court. If The Courts choose Is not To give me Release From Detention on Bond while Final Determination of citizenship

(5)

Issue Raised In The Petition That IS Fine with Bustillo IT'S been Two years Trying To Find Justice For Himself and Family and IF IT Takes Two more years Detain To get Justice So be IT because The claim IS (Just).

Bustillo will not challenge The Bond or Detention IF IT means That The Claim will be Dismiss because OF That Reason. AS STATEd To The Court and Hope To clear Things up Bustillo IS not challenging The Removal Just claiming citizenship which IS (Just) In This District Court Has Jurisdiction.

## Conclusion

For The Foregoing Reasons, Bustillo IS Begging This Court For one Thing only To The claim oF Being A citizen oF The united STATES, That Has and IS Do To Him, by The showing of FACTS and That claim IS and should be STAyed In This court; IF The Court Deems To Deny Bond (Fine) BUT should not Deny The Right To citizenship Hearing. Bustillo Does Have other cases outside of This Court.

1) Case In STATE Supreme Court 1995 one and only Reason For All This.
2) InEffective Counsel claim (BIA) Virginia

For not Defending Bustillo Due Process Rights.
Finally, Ask For STAY of Deportion & Citizen claim.

Respectfully Submitted
Rodney A Bustillo Sr
WYATT DETENTION
950 High STREET
CENTRAL FALLS RI
02863

Certificate of Service

I Rodney A Bustillo Sr Ask This court To please mail A copy of This objection To The Respondent Robin E. Feder 50 Kennedy PlAZA, 8th Floor Providence RI 02903 and Please mail back A copy because of The Time Frame To send This To The court could not make copys.

Thank you
Rodney A Bustillo

DATE 19, 2006