UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                               )
RODNEY A. BUSTILLO             )
                               )
v.                             )     C.A. No. 06-63S
                               )
IMMIGRATION AND NATURALIZATION )
SERVICE, ET AL.                )
                               )
_____)
```

### ORDER

The Report and Recommendation of United States Magistrate Lincoln D. Almond filed on May 12, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motions to Dismiss and to Vacate are GRANTED. Further, Bustillo's Request for Review and Motion for Bond are DENIED and Bustillo's Petition is DISMISSED.

By Order,

/s/ [signature]
Deputy Clerk

ENTER:

/s/ [signature]
William E. Smith
United States District Judge

Date: 5/24/06