UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RODNEY A. BUSTILLO<br>v.<br>IMMIGRATION AND NATURALIZATION SERVICE, ET AL. | C.A. No. 06-63S |

**ORDER**

The Report and Recommendation of United States Magistrate Lincoln D. Almond filed on May 12, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motions to Dismiss and to Vacate are GRANTED. Further, Bustillo's Request for Review and Motion for Bond are DENIED and Bustillo's Petition is DISMISSED.

By Order,

[signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge

Date: 5/24/06