AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO, SR.

v.

IMMIGRATION AND NATURALIZATION SERVICE, DEPARTMENT OF HOMELAND SECURITY, AND ROBARTO GONZALES

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 06-63S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENTS, IMMIGRATION AND NATURALIZATION SERVICE; DEPARTMENT OF HOMELAND SECURITY; AND ROBARTO GONZALES, AGAINST PETITIONER, RODNEY A. BUSTILLO SR., PURSUANT TO THIS COURT'S ORDER ENTERED ON THIS DATE, GRANTING RESPONDENTS' MOTIONS TO DISMISS AND TO VACATE. FURTHER, BUSTILLO'S PETITION IS DISMISSED.**

May 25, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk