UNITED STATES DISTRICT COURT

For The DISTRICT of Rhode Island

Rodney A Bustillo, Sr.

v C. A. No. 06-63S

Immigration and Naturalization

6/2/06

MOTION TO Reconsider claim to CITIZENSHIP

Here comes Rodney A Bustillo Pro-se asking This Honorable Court To grant him The opportunity To File The motion To Prove That This court Has The Jurisdiction To Hear a claim For citizenship and IT'S JUST In This court.

AS STATED In past motion To This Honorable court That Bustillo Is claiming His citizenship under These Law's: (8 U.S.C. § 1432 (a) or (8 U.S.C § 1401 (F) even (8 U.S.C. § 1401), These laws Are JUST In This court and The claim 1) Bustillo's mother U.S citizen before His 18th Birthday. 2) Bustillo's Grandmother citizen Before His 18th Birthday 3) stepfather The same.

DISCUSSION

The court Has Dismissed Bustillo's Request To Review because of The Recommendation of The united STATES Magistrate Lincoln D. Almond That was Filed may 12, 2006

This Decision was made before The Court even Received any of my Responding motions.

Bustillo Ask This Court For The Last Time For Justice!

Section 106 (a)(5) Provides That, whenever A Petitioner "Claims to be A National of The United States and makes A showing That His claim Is not Frivolous; The Court of Appeals Is to Transfer The proceedings to The district Court For A Hearing on That claim If "a genuine Issue of material Facts as to Bustillo Has presented to This court.

As For The Court Thinking That Bustillo was or Has Ask Them to look into The 212 (c) waiver The court Has made A mistake This Bustillo was and Has not Ask This Court to Do, As For The Bond If The Court Feels That Bustillo should not be granted Bond There Is no Trouble with That claim But Ask For The Respect of The claim For (Citizenship only).

CONCLUSION

I Rodney A Bustillo Just Ask The Court To please give Him Some Time to get His motion In place and Is more Than positive That After The court looks At all The Proof will see That By Law Bustillo Is A Citizen of The United States and cannot be Deported.

I ask this Honorable court to please make copys of this motion and send a copy to Respondent Robert Clark Corrente United States Attorney 10 Kennedy Plaza Prov RI 02803 and a copy be sent back to Mister Bustillo. The mail is very bad in this Detention Facility and Hard to get copys some times.

DATE 6/2/06

Thank you