UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO

v. C.A. No. 06-63S

IMMIGRATION AND NATURALIZATION SERVICE, ET AL.

**ORDER**

The Report and Recommendation of United States Magistrate Lincoln D. Almond filed on May 12, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motions to Dismiss and to Vacate are GRANTED. Further, Bustillo's Request for Review and Motion for Bond are DENIED and Bustillo's Petition is DISMISSED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 5/24/06

AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO, SR.

v.

IMMIGRATION AND NATURALIZATION SERVICE, DEPARTMENT OF HOMELAND SECURITY, AND ROBARTO GONZALES

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 06-63S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENTS, IMMIGRATION AND NATURALIZATION SERVICE; DEPARTMENT OF HOMELAND SECURITY; AND ROBARTO GONZALES, AGAINST PETITIONER, RODNEY A. BUSTILLO SR., PURSUANT TO THIS COURT'S ORDER ENTERED ON THIS DATE, GRANTING RESPONDENTS' MOTIONS TO DISMISS AND TO VACATE. FURTHER, BUSTILLO'S PETITION IS DISMISSED.**

May 25, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk