UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Rodney A Bustillo sr

v C.A. No. 06-63's

Immigration & Naturalization

MOTION TO RECONSIDER ONLY
ON CITIZENSHIP CLAIM

Here comes Rodney A Bustillo Hopeing and beging This Honorable Court To Reconsider There Decision, Bustillo believes That The court must Have been mis-lead by Respondent into believing That Bustillo was looking For some other kind of Review From The court.

By The look of The court's Decision it Focus more on The subject of 212(c) Relief & Decision From First circuit court which Had Nothing To Do with The matter in Hand The main subject claim To citizenship That is (Just) in This court.

Laws To support claim

Section 106(a)(5) provides That, whenever a "claim To be A National of The united States and makes A showing This claim should be Transfer To The district Court For A Hearing on The claim If "a genuine issue of material and FACTS Are presented.

Congress Did carve out one class of cases, However, where denovo Review In district court Would! be available: Cases In which The Person subject To deportation claim To be a United States Citizen. However As stated where denovo Review In District Court would be Available: cases In which The Person Subject To Deportation claims To be a United States Citizen. See Agosto v. Immigration and Naturalization

The Constitution Requires That There be some provision For denovo Judicial determination of claims To American Citizenship In deportation proceedings. See, H.R. Rep. No 1086, Supra, AT 29, H.R. Rep. No 565, 87th Cong., 1st Sess, 15 (1961). In Ng Fung Ho v. white, 259 U.S. 276, 284 (1922) The court observed:

District Court Has "Jurisdiction In The Executive To order a Hearing on who... Claims To be a Citizen, It's obviously deprives A Person of His or Her Liberty ... (and may Result Also In loss of both Property and life or all That makes Life worth Living There Fore Hold That A Resident of This Country Has A Right To denovo Judicial Determination of A claim To united states Citizenship That Is supported by evidence sufficient, IF believed, To entitle (Him) To a Finding of Citizenship. See United States

Ex. Rel. Bilokumsky v. Tod, 263 U.S. 149, 152-153 [illegible]

## II ARGUMENT

Bustillo Has Sent proof of His Application For citizenship, His mothers citizenship, His Grandmothers, and As The Court Is Aware of Bustillo Five children & wife All united States citizen, Also sends In The Facts of His stepfather That Raise Bustillo From Age 5 and Has Always Claim Bustillo As His Son. Bustillo's Taxes Report's, Support The Economy and service In The Armed Forces. 413 U.S. 717, 722 (1973) In Re Griffiths.

In The decisions below The The Ninth Circuit Has, For The Third Time, ordered Naturalization under That Expored Provision 8 U.S.C § 1001 See Mendoza v. United States 672 Fed 1320 (CA1 1982) Revd, 464 U.S. 154, 78 L. Ed. 2d 379, 104 S. CT. 568 (1984) & Olegario v. United States, 629 F.2d 204 (CA2 1980), 450 U.S. 980, 67 L. Ed. 2d 814, 101 S.CT. 1513 (1981).

### Important Law Finding

Because of Bustillo's mother Applying For citizenship before Bustillo's 18th birthday He Is Intitle To citizenship under: (8 U.S.C § 1432 (a) or (8 U.S.C. § 1401 (F) 8 U.S.C § 1101 (F). Without dispute Bustillo Falls under This Law: The Reference To Age 18 was In-accurate; Bustillo was born prior To 1986 and Has been

Bracket whose member may Elect to Have The Pre-Amendment Law Apply See note Following 8 U.S.C. § 1409 (Effective date 1986 Amendment) (quoting § 23(e) as added, Pub L. 100-525, § 8(r), 102 STAT. 2619.

## Conclude

I am Asking The court to please Take into consideration all with-in and Hope For Justice In Gods Name Thank you.

Respect Fully submitted
Rodney A Bustillo sr
Wyatt Detention
950 High street
Central Falls RI 02863

## Certificate of Service

I Hereby Ask This Honorable court to please send a copy of All The True and Correct Foregoing to Respondent Robin E. Feder Assistant United States Attorney. Fleet Center, 8th Floor 50 Kennedy Plaza Providence RI 02903

June 12, 2006