UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RODNEY A. BUSTILLO,

v. C.A. No. 06-63S

IMMIGRATION AND NATURALIZATION SERVICE, ET AL.

**ORDER**

Petitioner's Motions to reconsider citizenship claim filed with this Court on June 9, 2006 and June 16, 2006 are DENIED as moot. This case was closed and Judgment was entered in favor of Respondents on May 25, 2006.

By Order,

[signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge

Date: 7/12/06